NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Keith J. Wesley (State Bar No. 229276)
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Tel.: 310.274.7100
Fax: 310.275.5697
Email: kwesley@bgrfirm.com

ATTORNEY(S) FOR: Plaintiff Atari Interactive, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Atari Interactive, Inc.,

                     Plaintiff(s),

v.

RageOn, Inc.,

                     Defendant(s).

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Atari Interactive, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Atari Interactive, Inc. | Plaintiff |
| RageOn, Inc. | Defendant |

December 20, 2019
Date

/s/Keith J. Wesley
Signature
Keith J. Wesley

Attorney of record for (or name of party appearing in pro per):

Plaintiff Atari Interactive, Inc.

CV-30 (05/13)        NOTICE OF INTERESTED PARTIES



American LegalNet, Inc.
www.FormsWorkFlow.com