AO 121 (Rev. 06/16)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | USDC, Central District of California<br>350 West First St.<br>Los Angeles, CA 90012 |
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| ATARI INTERACTIVE, INC. | RAGEON, INC. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA0001086529 | Pong - The Next Level (MAC) | Atari Interactive, Inc. |
| 2 | PA0000071701 | Asteroids | Atari Interactive, Inc. |
| 3 | TX0000462689 | Cocktail Asteroids™ Operation, Maintenance and Service Manual (TM-150) | Atari Interactive, Inc. |
| 4 | TX0000683133 | ASTEROIDS/CABARET Operation, Maintenance and Service Manual (TM-155) | Atari Interactive, Inc. |
| 5 | TX0000676860 | ASTEROIDS DELUXE/CABARET Operation, Maintenance and Service Manual (TM-173) | Atari Interactive, Inc. |
| 6 | TX0000744954 | ASTEROIDS DELUXE/COCKTAIL Operation, Maintenance and Service Manual (TM-174) | Atari Interactive, Inc. |
| 7 | VAu0000024510 | ASTEROIDS DELUXE PC Board Fabrication (036472-01) | Atari Interactive, Inc. |
| 8 | TX0000756750 | "ASTEROIDS" IV Computer Program (coin-op) | Atari Interactive, Inc. |
| 9 | TX0000756751 | ASTEROIDS DELUXE 1 COMPUTER PROGRAM (Coin-Op) | Atari Interactive, Inc. |
| 10 | TX0000756752 | ASTEROIDS DELUXE" II Computer Program (Coin-op) | Atari Interactive, Inc. |
| 11 | VAu0000027872 | ASTEROIDS DELUXE Printed-Circuit Board (Component Side) 036472-01 | Atari Interactive, Inc. |
| 12 | PA0000100722 | ASTEROIDS DELUXE | Atari Interactive, Inc. |
| 13 | TX0000364242 | ASTEROIDS Operation, Maintenance and Service Manual Complete with Illustrated Parts Catalog TM-143 | Atari Interactive, Inc. |
| 14 | TX0000676855 | ASTEROIDS DELUXE Operation, Maintenance and Service Manual (TM-165) | Atari Interactive, Inc. |
| 15 | TX0000756748 | "ASTEROIDS" I Computer Program (Coin-op) | Atari Interactive, Inc. |
| 16 | TX0000756749 | "ASTEROIDS" II Computer Program (Coin-op) | Atari Interactive, Inc. |

| | | | |
|---|---|---|---|
| 17 | PA0001112811 | Centipede (MAC) | Atari Interactive, Inc. |
| 18 | TX0003465947 | 2600 Centipede | Atari Interactive, Inc. |
| 19 | TX0003448961 | Centipede | Atari Interactive, Inc. |
| 20 | TX0000770011 | CENTIPEDE Operation, Maintenance and Service Manual (TM-182) | Atari Interactive, Inc. |
| 21 | VAu0000027871 | CENTIPEDE Printed-Circuit Board (Component Side) 037242-01 | Atari Interactive, Inc. |
| 22 | VAu0000027873 | CENTIPEDE Printed-Circuit Board (Circuit Side) 037242-01 | Atari Interactive, Inc. |
| 23 | TX0000744978 | CENTIPEDE/CABARET Operation, Maintenance and Service Manual (TM-189) | Atari Interactive, Inc. |
| 24 | TX0000744956 | CENTIPEDE/COCKTAIL Operation, Maintenance and Service Manual (TM-188) | Atari Interactive, Inc. |
| 25 | TX0001214298 | CENTIPEDE (Computer Program for Atari 2600 Video Computer System) | Atari Interactive, Inc. |
| 26 | TXu0000098901 | Centipede (Computer Program for Personal Computer System) | Atari Interactive, Inc. |
| 27 | PA0000108068 | CENTIPEDE | Atari Interactive, Inc. |
| 28 | VA0000109343 | Centipede | Atari Interactive, Inc. |
| 29 | VAu0000029718 | CENTIPEDE | Atari Interactive, Inc. |
| 30 | PA0001865564 | Centipede: Infestation (3DS) | Atari Interactive, Inc. |
| 31 | PA0001865567 | Centipede: Infestation (Wii) | Atari Interactive, Inc. |
| 32 | PA0000111053 | Warlords | Atari Interactive, Inc. |
| 33 | VAu0000024514 | Warlords: Fabrication Warlords PC Board: Drawing No. 036435-01 | Atari Interactive, Inc. |
| 34 | TX0000744953 | Warlords: Operation, Maintenance, and Service Manual | Atari Interactive, Inc. |
| 35 | TX0000744977 | Warlords: Operation, Maintenance, and Service Manual: Cocktail: Complete With Illustrated Parts Lists | Atari Interactive, Inc. |
| 36 | A873304 | COMBAT: GAME PROGRAM INSTRUCTIONS | Atari Interactive, Inc. |
| 37 | VA0000015995 | Combat: Video Computer System, Game Program: 27 Video Games: No. CX2601 | Atari Interactive, Inc. |
| 38 | PA0001746829 | Atari Classics Evolved (PSP) | Atari Interactive, Inc. |
| 39 | PA0001805830 | Atari Greatest Hits Volume I (DS) | Atari Interactive, Inc. |
| 40 | PA0001805832 | Atari Greatest Hits Volume 2 (DS) | Atari Interactive, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OR WORK |
| 1 | | | |
| 2 | | | |

| 3 | | |
|---|---|---|

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy



1391599.1