| | |
|---|---|
| *Attorney or Party without Attorney:*<br>BROWNE GEORGE ROSS LLP<br>KEITH J. WESLEY (SBN: 229276)<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>   *Telephone No:* 310-274-7100<br>   *Attorney For:* Plaintiff     *Ref. No. or File No.:* | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

*Plaintiff:* ATARI INTERACTIVE, INC.
*Defendant:* RAGEON, INC.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-10806 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, Standing Order for Cases Assigned to Judge Dale S. Fischer, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1)

3. a. Party served:    RAGEON, INC.
   b. Person served:   MAI YANG, AUTHORIZED AGENT/COGENCY GLOBAL INC., REGISTERED AGENT
                       [Served under F.R.C.P. Rule 4.]

4. Address where the party was served:   1325 J Street, Suite 1550, Sacramento, CA 95814

5. I served the party:
   a. **By personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Dec 27 2019 (2) at: 01:03 PM

6. **Person Who Served Papers:**
   a. Jacobbi Williams (1314, Alameda County)                    d. **The Fee** for Service was: $213.34
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

12/31/2019
(Date)                                                                                (Signature)



PROOF OF SERVICE

4123700
(4237389)