BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
ATARI INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., | Case No. 2:19-CV-10806-DSF-MAA |
| Plaintiff, | |
| vs. | **ATARI INTERACTIVE, INC.'S APPLICATION FOR ENTRY OF DEFAULT; AND DECLARATION OF KEITH J. WESLEY IN SUPPORT THEREOF** |
| RAGEON, INC., | |
| Defendant. | |
| | Judge:  Hon. Dale S. Fischer |
| | Ctrm:  7D |
| | Trial Date:  None Set |

1408177.1

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff Atari Interactive, Inc. ("Atari") hereby requests that the Clerk enter the default of Defendant RageOn, Inc. ("RageOn") for its failure to plead or otherwise defend against this action in a timely manner.

As evidenced by Atari's Proof of Service (Dkt. No. 11) (attached hereto as Exhibit A), on December 31, 2019, RageOn was served with the Complaint (Dkt. No. 1). The deadline for RageOn to answer or otherwise respond to the Complaint was thus January 21, 2020. Fed. R. Civ. P. 12(a)(1)(A)(i); (a)(4).

RageOn has failed to plead or otherwise respond to the Complaint.

This request is based on the attached declaration of Keith J. Wesley.

DATED: January 29, 2020

BROWNE GEORGE ROSS LLP
Keith J. Wesley
Matthew L. Venezia

By: _____*/s/Keith J. Wesley*_____
        Keith J. Wesley
Attorneys for Plaintiff
Atari Interactive, Inc.

## DECLARATION OF KEITH J. WESLEY

I, Keith J. Wesley, declare:

1.     I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with the firm of Browne George Ross LLP, counsel of record for Plaintiff Atari Interactive, Inc. in this matter. I have firsthand, personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify thereto.

2.     Defendant RageOn, Inc. ("RageOn") was served with the Complaint on December 31, 2019. A true and correct copy of the Proof of Service provided to my office confirming the same was previously filed in this action as Dkt. No. 11, and is further attached hereto as "**Exhibit A**."

3.     RageOn has failed to serve or file a pleading or otherwise respond to the Complaint. The applicable time limit for responding to the Complaint has expired.

4.     RageOn is a corporate entity, and thus not a minor or an incompetent person, nor in the military service.

Executed this 29th day of January, 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/Keith J. Wesley*
Keith J. Wesley

1408177.1

-1-

ATARI INTERACTIVE, INC.'S APPLICATION FOR ENTRY OF DEFAULT; AND DECLARATION OF KEITH
J. WESLEY IN SUPPORT THEREOF

# EXHIBIT A

| Attorney or Party without Attorney:<br>BROWNE GEORGE ROSS LLP<br>KEITH J. WESLEY (SBN: 229276)<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>  Telephone No: 310-274-7100<br><br>  Attorney For: Plaintiff | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION | | |
| *Plaintiff:* ATARI INTERACTIVE, INC.<br>*Defendant:* RAGEON, INC. | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-cv-10806 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, Standing Order for Cases Assigned to Judge Dale S. Fischer, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1)

3.   *a.*  Party served:     RAGEON, INC.
     *b.*  Person served:  MAI YANG, AUTHORIZED AGENT/COGENCY GLOBAL INC., REGISTERED AGENT
                      [Served under F.R.C.P. Rule 4.]

4. *Address where the party was served:*   1325 J Street, Suite 1550, Sacramento, CA 95814

5. *I served the party:*
     a. **By personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Dec 27 2019 (2) at: 01:03 PM

6. *Person Who Served Papers:*
     a. Jacobbi Williams (1314, Alameda County)         **d.** *The Fee for Service was:* $213.34
     **b. FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
     c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                            12/31/2019
                            *(Date)*                                     *(Signature)*



PROOF OF
SERVICE

4123700
(4237389)

**Claudia Bonilla**

---

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Thursday, January 2, 2020 2:39 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:19-cv-10806-DSF-MAA Atari Interactive, Inc. v. Rageon, Inc. Summons Returned Unexecuted |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered by Wesley, Keith on 1/2/2020 at 2:39 PM PST and filed on 1/2/2020

| | |
|---|---|
| **Case Name:** | Atari Interactive, Inc. v. Rageon, Inc. |
| **Case Number:** | 2:19-cv-10806-DSF-MAA |
| **Filer:** | Atari Interactive, Inc. |
| **Document Number:** | 11 |

**Docket Text:**
**Summons Returned Unexecuted filed by Plaintiff Atari Interactive, Inc.. as to Rageon, Inc.. (Wesley, Keith)**

**2:19-cv-10806-DSF-MAA Notice has been electronically mailed to:**

Keith J Wesley    kwesley@bgrfirm.com, cbonilla@bgrfirm.com, khall@bgrfirm.com

**2:19-cv-10806-DSF-MAA Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Proof of Service of Summons & Complaint on Rageon, Inc..pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/2/2020] [FileNumber=29025017-0]

1

[52e796441cf8daeb41cb31647b2996eaea81d171335466ce5b6d36d486e7347be71d
e87ef9d21ce9033c25da7a628a41cefd310f81f94659cd6821972ddbf0be]]