BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
ATARI INTERACTIVE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RAGEON, INC., <br><br> Defendant. | Case No. 2:19-CV-10806-DSF-MAA <br><br> The Hon. Dale S. Fischer <br><br> **DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT** <br><br> *[Filed Concurrently with Plaintiff's Notice of Application and Application for Default Judgment; and [Proposed] Default Judgment and Permanent Injunction]* <br><br> Judge: Hon. Dale S. Fischer <br> Date: April 6, 2020 <br> Time: 1:30 p.m. <br> Crtrm.: 7D <br><br> Trial Date: None Set |

1415961.1

Case No. 2:19-CV-10806-DSF-MAA

DECLARATION OF KEITH J. WESLEY

I, Keith J. Wesley, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross LLP, counsel of record for Plaintiff Atari Interactive, Inc. ("Atari") in this matter. I submit this declaration in support of Atari's Application for Default Judgment. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

**REQUIREMENT OF LOCAL RULE 55-1**

2. Pursuant to Local Rule 55-1, I declare the following:

   a. The default of Defendant RageOn, Inc. in this matter was entered by the Clerk on January 30, 2020 and recorded in the docket as entry number 13.

   b. The default was entered on the Complaint filed on December 20, 2019 and recorded in the docket as entry number 1.

   c. RageOn is not an infant or an incompetent person.

   d. The Servicemembers Civil Relief Act (50 App. U.S.C. § 521) does not apply.

   e. The Application for Default Judgment and documents being filed in support thereof are being served on RageOn's registered agent for service of process. In addition, the aforementioned papers are being served upon RageOn's New York-based intellectual property attorney, Betty Tufariello, Esq.

**DOCUMENTARY EVIDENCE SUPPORTING MOTION FOR DEFAULT JUDGMENT**

3. Attached hereto as Exhibit A is a true and correct copy of screenshots that an employee of my firm captured on January 22, 2020—weeks after the filing and service of the complaint in this action—depicting products for sale on RageOn's website incorporating various intellectual properties owned by Atari.

4.      Attached hereto as Exhibit B is a true and correct copy of an e-mail I received from a person identifying himself as RageOn's CEO, Mike Krilivsky, on January 23, 2020.

5.      Attached hereto as Exhibit C is a true and correct copy of an e-mail chain between myself and RageOn's New York-based lawyer, Ms. Tufariello, regarding this action.

6.      Attached hereto as Exhibit D are true and correct copies of images captured by my firm depicting products being offered for sale on the RageOn site that appear to infringe upon the intellectual property rights of other prominent brands.

7.      Attached hereto as Exhibit E are true and correct copies of photographs of infringing products my office purchased from RageOn.

8.      Attached hereto as Exhibit F are true and correct copies of screenshots taken from the RageOn website on February 20, 2020.  The products depicted therein bear the Atari logo or Atari name and game art from Atari video games.

Executed this 24th day of February 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

          s/ Keith J. Wesley
Keith J. Wesley