# EXHIBIT A

1/22/2020 — RageOn! - World's Largest All-Over-Print Online Store!

Create   Sell   Track Order   Login

  atari   🛒

Get Started

COLLECTIONS   GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   READY TO SHIP   MORE

Showing 10,000 products matching "*atari*"



New Year! New You! Get $5 OFF your order with

Case 2:19-cv-10806-DSF-MAA   Document 14-2   Filed 02/24/20   Page 3 of 9   Page ID #:114

1/22/2020 — RageOn! - World's Largest All-Over-Print Online Store!

Create    Sell                                                        Track Order    Login

    atari                                         🛒

                                                                  Get Started

COLLECTIONS   GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   READY TO SHIP   MORE



New Year! New You! Get $5 OFF your order with

Case 2:19-cv-10806-DSF-MAA   Document 14-2   Filed 02/24/20   Page 4 of 9   Page ID #:115

1/22/2020    RageOn! - World's Largest All-Over-Print Online Store!

Create    Sell                                                                   Track Order    Login

    atari                                                    🛒

Get Started

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE



New Year! New You! Get $5 OFF your order with

Case 2:19-cv-10806-DSF-MAA  Document 14-2  Filed 02/24/20  Page 5 of 9  Page ID #:116

1/22/2020  RageOn! - World's Largest All-Over-Print Online Store!

Create  Sell                                                                                      Track Order   Login

  atari                                                🛒

Get Started

COLLECTIONS   GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   READY TO SHIP   MORE



New Year! New You! Get $5 OFF your order with

Case 2:19-cv-10806-DSF-MAA Document 14-2 Filed 02/24/20 Page 6 of 9 Page ID #:117

1/22/2020    RageOn! - World's Largest All-Over-Print Online Store!

Create   Sell                                              Track Order   Login

   atari                                 🛒

                                                          Get Started

COLLECTIONS   GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   READY TO SHIP   MORE



New Year! New You! Get $5 OFF your order with

Case 2:19-cv-10806-DSF-MAA   Document 14-2   Filed 02/24/20   Page 7 of 9   Page ID #:118

1/22/2020  RageOn! - World's Largest All-Over-Print Online Store!

Create    Sell                                                    Track Order    Login

    atari                                    Get Started

COLLECTIONS   GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   READY TO SHIP   MORE



New Year! New You! Get $5 OFF your order with

Case 2:19-cv-10806-DSF-MAA Document 14-2 Filed 02/24/20 Page 8 of 9 Page ID #:119

1/22/2020 RageOn! - World's Largest All-Over-Print Online Store!



Case 2:19-cv-10806-DSF-MAA Document 14-2 Filed 02/24/20 Page 9 of 9 Page ID #:120

1/22/2020 RageOn! - World's Largest All-Over-Print Online Store!

