# EXHIBIT B

## Keith Wesley

**From:** Mike Krilivsky <mike@rageon.com>
**Sent:** Thursday, January 23, 2020 2:43 PM
**To:** Keith Wesley; Betty Tufariello; Betty Tufariello
**Subject:** Atari x RageOn

Hi Wesley (Betty CC'd),

Thanks for your time on the phone today. As mentioned on the call:

I am extremely dedicated to protecting IP (was a musician, a record label owner, and a brand builder - IP is very close to my heart, and many relationships that define my life are content creators in some form and I know how important this is to people and the evolution of creativity)

We, very much so, want to make a relationship with Atari and protect your brand.

RageOn is quite a small business right now (unfortunately)

RageOn is in a very tough cash position (unfortunately)

We have a dmca agent and follow dmca law

We've received no notice from Atari to remove anything (we just searched our legal inbox and spam folder)

You said that you were about to proceed with default judgement against RageOn because our attorney did not file anything

Betty, our attorney, said she received an extension from "Daniel Sahad" for this matter (screenshot below)

---

In summary, I just want to do the right thing and be supported in building our print on demand solution which gives people, small brands and big brands, like Atari, the ability to make more money via e-commerce. We've seen our tools help transform young artists, college students, etc. lives and our platform enhance major brands like Hello Kitty, Lisa Frank, KISS, etc.

We ask that you gracefully help us get through this. We are open to partnership, helping protect your brands IP, and discussions in ways that we can creatively help each other over time.

Please let us know if we can discuss a partnership and dismiss this case.

Sincerely,
Mike

---

" Daniel Sahad is the contact. "

1





**Mike Krilivsky**
CEO & Co-Founder at RageOn!

mike@rageon.com • RageOn.com



 How RageOn App works in 30 seconds!

RageOn helps over 800k brands like Hello Kitty, Care Bears, Sausage Party and more revolutionize retail, and fight piracy!

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Sent via Superhuman iOS