# EXHIBIT C

# Keith Wesley

| | |
|---|---|
| **From:** | Keith Wesley |
| **Sent:** | Tuesday, January 28, 2020 11:57 AM |
| **To:** | 'Betty Tufariello'; 'intellectulaw@gmail.com' |
| **Cc:** | Matthew L. Venezia |
| **Subject:** | RE: Atari x RageOn [IWOV-DOCSLA.FID355719] |

Dear Betty –

Having not heard from you since your Thursday email below, we have to assume your client is not acting in good faith and that we cannot trust the representations below regarding responding to the complaint on or before Thursday. If we do not receive, by close of business today, an answer to the questions below and a commitment that you will be filing a response on or before Thursday, then we will proceed first thing tomorrow with seeking entry of a default.

Keith

**From:** Keith Wesley
**Sent:** Monday, January 27, 2020 10:37 AM
**To:** 'Betty Tufariello' <PBTufariello@intellectulaw.com>; intellectulaw@gmail.com
**Cc:** Matthew L. Venezia <mvenezia@bgrfirm.com>
**Subject:** RE: Atari x RageOn [IWOV-DOCSLA.FID355719]

Following up on the below. You said you'd provide an answer on Friday, and we didn't receive one.

Keith

**From:** Betty Tufariello <PBTufariello@intellectulaw.com>
**Sent:** Thursday, January 23, 2020 4:11 PM
**To:** Keith Wesley <kwesley@bgrfirm.com>; intellectulaw@gmail.com
**Cc:** Matthew L. Venezia <mvenezia@bgrfirm.com>
**Subject:** RE: Atari x RageOn [IWOV-DOCSLA.FID355719]

Keith:

It is not my intent to ignore your question regarding Mr. Sahar. But I am not sure what is going on. I am reviewing my records and I will get back to you. I will provide you with an answer tomorrow. Once again, thank you for your professional courtesies on the matter.

Here for you- Betty.

*Your Brand Professional- Your better business partner.*

P. Betty Tufariello, Esq.
**Intellectulaw™**
**The Law Offices of P.B. Tufariello, P.C.**
25 Little Harbor Road
Mount Sinai, NY 11766
Telephone: 631-476-8734
Fax: 631-476-8737

1

Cell: 631-512-9446
E-mail: pbtufariello@intellectulaw.com
Twitter: https://twitter.com/intellectulaw
LinkedIn: https://www.linkedin.com/in/bettytufariello/

On the web at:
**www.intellectulaw.com**
**www.trademarklawyers.nyc**

This message originates from Intellectulaw™, The Law Offices of P.B. Tufariello, P.C.. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Intellectulaw™, The Law Offices of P.B. Tufariello, P.C..

**From:** Keith Wesley [mailto:kwesley@bgrfirm.com]
**Sent:** Thursday, January 23, 2020 7:07 PM
**To:** Betty Tufariello <PBTufariello@intellectulaw.com>; intellectulaw@gmail.com
**Cc:** Matthew L. Venezia <mvenezia@bgrfirm.com>
**Subject:** RE: Atari x RageOn [IWOV-DOCSLA.FID355719]

Dear Betty:

Based on your representation below that you will file an Answer on or before January 30, we will hold off filing our default papers.

Nevertheless, I remain incredibly concerned about the issue of "Daniel Sahar." You ignored my question number 2 below – i.e., "Do you in fact believe that 'Daniel Sahar' is a lawyer for Atari in the litigation filed by RageOn, and, if so, on what basis?" Please respond. Please also provide us with Mr. Sahar's contact information so we can investigate directly. As I am sure you can appreciate, this is a very serious and urgent issue. Therefore, thank you in advance to your immediate attention to these requests.

Best,

Keith

**From:** Betty Tufariello <PBTufariello@intellectulaw.com>
**Sent:** Thursday, January 23, 2020 3:19 PM
**To:** Keith Wesley <kwesley@bgrfirm.com>; intellectulaw@gmail.com
**Subject:** RE: Atari x RageOn [IWOV-DOCSLA.FID355719]

Keith:

Yes, I am counsel for RageOn.

I am also in the process of reviewing my files. It is my position that RageOn is not in default in connection with the Atari matter. Nonetheless, I appreciate your holding off on filing of a Motion for Default Judgement as I am under the impression that we are in compliance with all rules. I intend to file our Answer within 2 weeks of my communication with Daniel Sahar on January 16, 2020, meaning by next Thursday at the latest; only a week from today. I appreciate your professional courtesies on the matter. I will most certainly keep all my communications with Mr. Sahar.

Thank you for reaching out to me.

Here for you- Betty.

*Your Brand Professional- Your better business partner.*

P. Betty Tufariello, Esq.
**Intellectulaw™**
**The Law Offices of P.B. Tufariello, P.C.**
25 Little Harbor Road
Mount Sinai, NY 11766
Telephone: 631-476-8734
Fax: 631-476-8737
Cell: 631-512-9446
E-mail: pbtufariello@intellectulaw.com
Twitter: https://twitter.com/intellectulaw
LinkedIn: https://www.linkedin.com/in/bettytufariello/

On the web at:
**www.intellectulaw.com**
**www.trademarklawyers.nyc**

This message originates from Intellectulaw™, The Law Offices of P.B. Tufariello, P.C.. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Intellectulaw™, The Law Offices of P.B. Tufariello, P.C..

**From:** Keith Wesley [mailto:kwesley@bgrfirm.com]
**Sent:** Thursday, January 23, 2020 6:06 PM
**To:** intellectulaw@gmail.com; Betty Tufariello <PBTufariello@intellectulaw.com>
**Subject:** FW: Atari x RageOn [IWOV-DOCSLA.FID355719]

Dear Betty:

Please confirm the following:

1. Are you in fact an attorney for RageOn? If so, does RageOn intend to file a response to the complaint, and, if so, by when? (RageOn is currently in default; we are preparing default papers but will hold off filing if we receive confirmation today that RageOn intends to file a response in the next couple days.)

2. Do you in fact believe that "Daniel Sahar" is a lawyer for Atari in the litigation filed by RageOn, and, if so, on what basis?

3. You will preserve all evidence related to "Daniel Sahar", including the entirety of the text string depicted below.

Best Regards,

Keith

**From:** Mike Krilivsky <mike@rageon.com>
**Sent:** Thursday, January 23, 2020 2:43 PM

**To:** Keith Wesley <kwesley@bgrfirm.com>; Betty Tufariello <pbtufariello@intellectulaw.com>; Betty Tufariello <intellectulaw@gmail.com>
**Subject:** Atari x RageOn

Hi Wesley (Betty CC'd),

Thanks for your time on the phone today. As mentioned on the call:

I am extremely dedicated to protecting IP (was a musician, a record label owner, and a brand builder - IP is very close to my heart, and many relationships that define my life are content creators in some form and I know how important this is to people and the evolution of creativity)

We, very much so, want to make a relationship with Atari and protect your brand.

RageOn is quite a small business right now (unfortunately)

RageOn is in a very tough cash position (unfortunately)

We have a dmca agent and follow dmca law

We've received no notice from Atari to remove anything (we just searched our legal inbox and spam folder)

You said that you were about to proceed with default judgement against RageOn because our attorney did not file anything

Betty, our attorney, said she received an extension from "Daniel Sahad" for this matter (screenshot below)

_____

In summary, I just want to do the right thing and be supported in building our print on demand solution which gives people, small brands and big brands, like Atari, the ability to make more money via e-commerce. We've seen our tools help transform young artists, college students, etc. lives and our platform enhance major brands like Hello Kitty, Lisa Frank, KISS, etc.

We ask that you gracefully help us get through this. We are open to partnership, helping protect your brands IP, and discussions in ways that we can creatively help each other over time.

Please let us know if we can discuss a partnership and dismiss this case.

Sincerely,
Mike

_____

" Daniel Sahad is the contact. "





**Mike Krilivsky**
CEO & Co-Founder at RageOn!

mike@rageon.com  •  RageOn.com

 ⭐How RageOn App works in 30 seconds! ⭐

RageOn helps over 800k brands like Hello Kitty, Care Bears, Sausage Party and more revolutionize retail, and fight piracy!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Sent via Superhuman iOS

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.