# EXHIBIT  D

Create          Sell                                              Track Order          Login

    coca-cola                          🔍                          🛒

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    **READY TO** SHIP    MORE

Get Started

COCA-COLA
$49.95 $64.95



New Year! New You! Get $5 OFF your order with code

Create          Sell                                              Track Order        Login



coca-cola                                          🔍                    🛒

                                                                        Get Started

COLLECTIONS     GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Coca Cola
$44.95 $61.95



New Year! New You! Get $5 OFF your order with code

Create        Sell                                              Track Order        Login



coca-cola                                    🔍                    🛒

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Get Started

Coca Cola
$19.99 $29.99



Create        Sell                                                Track Order        Login



coca-cola                                    🔍                          🛒

COLLECTIONS    GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   READY TO SHIP   MORE

Get Started

Colorful Coca Cola
$99.95 $149.95



New Year! New You! Get $5 OFF your order with code

Create        Sell                                          Track Order        Login

        coca-cola        🔍                🛒

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Get Started

Coca-Cola
$19.99 $29.99



Create        Sell                                              Track Order        Login

        coca-cola                                🔍                        🛒

                                                                                    Get Started

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    **READY TO** SHIP    MORE

Coca Cola
$29.95 $41.95



Create          Sell                                              Track Order          Login



coca-cola                                    🔍                        🛒

                                                                        Get Started

COLLECTIONS   GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   **READY TO SHIP**   MORE

Coca-Cola
$29.95 $41.95



New Year! New You! Get $5 OFF your order with code

Create       Sell                                    Track Order      Login

      coca-cola                    🔍                🛒

COLLECTIONS   GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   READY TO SHIP   MORE

Get Started

Create        Sell                                              Track Order        Login



coca-cola                                🔍                        🛒

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DÉCOR    SALE    READY TO SHIP    MORE

Get Started



https://www.rageon.com/a/search?q=coca-cola

RageOn!

Create

Sell

COLLECTIONS  GUYS  GIRLS  KIDS  SWEATSHIRTS  HOME DECOR  SALE  READY TO SHIP

coca-cola

Track Order

Login

New Year! New You! Get $5 OFF your order with code

Get Started

MORE

Create          Sell                                                    Track Order        Login

      coca-cola

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Get Started



New Year! New You! Get $5 OFF your order with code

Create          Sell                                          Track Order          Login

 **RageOn!**          coca-cola          🔍                          🛒          Get Started

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Showing 534 products matching "*coca-cola*"



New Year! New You! Get $5 OFF your order with code

Create        Sell



Track Order        Login

coca-cola

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Get Started

$34.95 $39.95



New Year! New You! Get $5 OFF your order with code

Create        Sell                                                    Track Order        Login



coca-cola                                    🔍                      🛒

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Get Started

$44.95 $61.95



New Year! New You! Get $5 OFF your order with code

Create          Sell                                                    Track Order          Login

          coca-cola                                          🛒

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Get Started

$29.95 $41.95



New Year! New You! Get $5 OFF your order with code

Create        Sell                                              Track Order        Login



| coca-cola | 🔍 |

🛒

Get Started

COLLECTIONS   GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   READY TO SHIP   MORE

$29.95 $41.95



New Year! New You! Get $5 OFF your order with code

Create        Sell



Track Order        Login

cadillac 🔍

🛒

Get Started

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

1976 Cadillac Eldorado
$29.95 $39.95



New Year! New You! Get $5 OFF your order with code

Create     Sell                                                      Track Order      Login



cadillac                                    🔍                        🛒

COLLECTIONS   GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   READY TO SHIP   MORE

Get Started



New Year! New You! Get $5 OFF your order with code

Create        Sell                                                    Track Order        Login

 **RageOn!**

cadillac                                         🔍

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Get Started

Showing 57 products matching "*cadillac*"



New Year! New You! Get $5 OFF your order with code

Create          Sell                                    Track Order      Login



cadillac                                    🔍                    🛒

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Get Started

Cadillac
$29.95 $41.95



New Year! New You! Get $5 OFF your order with code

Create          Sell                                          Track Order          Login



boston celtics

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Get Started



New Year! New You! Get $5 OFF your order with code

Create        Sell                                    Track Order        Login



boston celtics                          🔍                    🛒

Get Started

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE



New Year! New You! Get $5 OFF your order with code

Create        Sell                                          Track Order        Login



boston celtics

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Get Started



New Year! New You! Get $5 OFF your order with code

Create          Sell                                              Track Order          Login



boston celtics

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Get Started



New Year! New You! Get $5 OFF your order with code

Create          Sell                                        Track Order        Login



boston celtics                                    🔍

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    **READY TO** SHIP    MORE

Get Started



New Year! New You! Get $5 OFF your order with code

Create          Sell                                                    Track Order          Login

 **RageOn!**

boston celtics                                🔍

🛒

 Get Started

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE



New Year! New You! Get $5 OFF your order with code

Create          Sell                                              Track Order          Login

          boston celtics          🔍                    🛒

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    READY TO SHIP    MORE

Get Started



New Year! New You! Get $5 OFF your order with code

Create      Sell                                    Track Order      Login



boston celtics                    🔍                      🛒

Get Started

COLLECTIONS   GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   READY TO SHIP   MORE



New Year! New You! Get $5 OFF your order with code

Create     Sell

 boston celtics

Get Started

COLLECTIONS   GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   READY TO SHIP   MORE



New Year! New You! Get $5 OFF your order with code

Create      Sell



boston celtics



Get Started

COLLECTIONS   GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   READY TO SHIP   MORE



New Year! New You! Get $5 OFF your order with code