# EXHIBIT E

PONG

ATARI
GORF

GAMER

"PLAY THE ARCADE GAME AT HOME"
ATARI 400/800
COMPUTER PROGRAM
PAC-MAN*