# EXHIBIT F



## AS SEEN ON




     

$19.99    $19.95    $24.95    $24.99    $44.95    $59.95

♡ 13    ☆ 0    💬 0

## Centipede 2

by: TWIXTER

~~$29.99~~ Save 33%

**$19.99**

Title

PICK A SIZE      Sizing Chart

Quantity      Save Money! Order In Bulk



## AS SEEN ON



♡ 2     ☆ 0     💬 0

# Breakout video game retro shirt
### by: Custom Brand: LIMEDESIGNZ

~~$41.95~~  Save 29%
## $29.95

Title

| PICK A SIZE ▾ |

Sizing Chart

○ Standard - Single Sided (?)
○ Premium - Double Sided (?)
○ Ultra Premium - Double Sided (?)

Quantity                Save Money! Order In Bulk

| 1 |