1  BROWNE GEORGE ROSS LLP
   Keith J. Wesley (State Bar No. 229276)
2    kwesley@bgrfirm.com
   Matthew L. Venezia (State Bar No. 313812)
3    mvenezia@bgrfirm.com
   2121 Avenue of the Stars, Suite 2800
4  Los Angeles, California 90067
   Telephone: (310) 274-7100
5  Facsimile: (310) 275-5697

6  Attorneys for Plaintiff
   ATARI INTERACTIVE, INC.

7

8

9              UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  ATARI INTERACTIVE, INC.,            Case No. 2:19-CV-10806-DSF-MAA

13          Plaintiff,                  The Hon. Dale S. Fischer

14      vs.                             **[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

15  RAGEON, INC.,

16          Defendant.                  Trial Date:  None Set

17

18

19

20

21

22

23

24

25

26

27

28

1  In accordance with the Court's order granting the Application for Default

2 Judgment brought by plaintiff Atari Interactive, Inc. ("Plaintiff"),

3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff is

4 entitled to judgment against defendant RageOn, Inc. ("Defendant") in the amount of

5 $4.75 million.

6  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that

7 Defendant and its agents, employees, officers, directors, owners, attorneys,

8 representatives, successor companies, related companies, and all persons acting in

9 concert or participation with Defendant are permanently restrained, enjoined, and

10 prohibited from using Plaintiff's copyrighted materials and common law and

11 registered trademarks, or any marks confusingly similar thereto, in the sale, offering

12 for sale, manufacturing, distribution, lending, marketing, or advertising of apparel,

13 accessories, or related merchandise and services at any locality in the United States.

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that

15 Defendants shall pay Plaintiff's attorneys' fees of $98,600.00.

16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff

17 shall recover post-judgment interest on the monetary awards above.

18  IT IS SO ORDERED.

19

20 Dated:

_____
The Honorable Dale S. Fischer
United States District Court Judge

21
22
23
24
25
26
27
28