JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br>     Plaintiff, <br><br>         v. <br><br> RAGEON, INC., <br>     Defendant. | CV 19-10806 DSF (MAAx) <br><br> JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $1,100,000 in statutory damages and $25,600 in attorneys' fees, for a total amount of $1,125,600, that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, and that Defendant, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with any of them, who receive actual notice of this judgment by personal service or otherwise, are permanently enjoined and restrained from infringing on Plaintiff's trademarks and copyrights, either directly or contributorily, in any manner, including but not limited to:

    a) designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting any product that incorporates designs substantially similar to Plaintiff's copyrights; and

      b) designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting any product that incorporates or is marketed in conjunction with any of Plaintiff's trademarks or trade dress.

Date: April 14, 2020

                                              Dale S. Fischer
                                              United States District Judge