ARASH BERAL (BAR NO. 245219)
arash.beral@ffslaw.com
JEFFREY M. JENSEN (BAR NO. 262710)
jeffrey.jensen@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Defendant
RAGEON, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RAGEON, INC., <br><br> Defendant. | Case No. 2:19-cv-10806-DSF-MAA <br><br> **DECLARATION OF MICHAEL KRILIVSKY IN SUPPORT OF DEFENDANT RAGEON, INC.'S EMERGENCY *EX PARTE* APPLICATION FOR AN ORDER FOR RELIEF FROM DEFAULT JUDGMENT, SETTING ASIDE ENTRY OF DEFAULT, AND RECALLING/QUASHING WRIT OF EXECUTION OR, IN THE ALTERNATIVE, FOR TEMPORARY RESTRAINING ORDER PENDING A HEARING ON A NOTICED MOTION FOR THE FOREGOING RELIEF** <br><br> *[Filed concurrently with Ex Parte Application, Declaration of Arash Beral, and [Proposed] Order]* <br><br> Judge:  Hon. Dale S. Fischer |

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

4590562.1 24069-200

DECLARATION OF MICHAEL KRILIVSKY

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## DECLARATION OF MICHAEL KRILIVSKY

I, Michael "Mike" Krilivsky, declare as follows:

1.      I am the Founder and Chief Executive Officer of Defendant RageOn, Inc. ("RageOn"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2.      With a renewed lease on life (after suffering a near fatal car accident in 2010), I embarked on a mission to positively affect millions of people. After years of research, I developed a mobile- and web-based platform that assists consumers in bringing their own creations and designs into life with no upfront costs. Thus, in 2013, I launched what-eventually-became RageOn. RageOn is an online seller of merchandise, primarily clothing and coffee mugs. RageOn allows users to create their own designs and sell them on merchandise through RageOn's website.

3.      Just last week, I first discovered that Atari Interactive, Inc. ("Atari") had obtained a "default judgment" against RageOn and seized all of RageOn's assets from its Bank of America account (to the tune of nearly $900,000). As I explain below, at all times before last week, I was under the impression that our attorney was handling this matter. I was shocked to learn of this development in this case.

4.      Like other small business executives, I have no legal background whatsoever. Therefore, when it comes to legal issues, I solely rely on attorneys to assist RageOn with those matters. Immediately after receiving notice of this lawsuit, I reached out to our attorney, Panagiota Betty Tufariello, Esq. of The Law Offices of P.B. Tufariello, P.C. Ms. Tufariello is an intellectual property attorney whom I met a year before this suit was filed in December 2018. She touted herself as both an intellectual property transactional attorney and litigator. Given her background and experience and RageOn's need for legal services in the intellectual property arena, in January 2019, I formally engaged Ms. Tufariello to consult,

1  advise, and represent RageOn in connection with our intellectual property matters.

2  Throughout 2019 and 2020, Ms. Tufariello assisted RageOn with all of its

3  intellectual property matters.  Indeed, in an email dated December 23, 2019, Ms.

4  Tufariello confirmed to a third party that she "represent[s] RageOn Inc. in all of

5  their intellectual property matters."  A true and correct copy of that December 23,

6  2019 email correspondence in attached hereto as **Exhibit "A"**.

7       5.     In connection with this case, on December 26, 2019, even before Atari

8  served the Complaint on RageOn – a law firm alerted me to the existence of this

9  lawsuit by an unsolicited email.  The next day, I forwarded the law firm's email to

10  Ms. Tufariello.  A true and correct copy of my December 27, 2019 email

11  correspondence to Ms. Tufariello is attached hereto as **Exhibit "B"**.

12       6.     Also on December 27, we received email notice from our agent for

13  service of process with a link to the documents that were served on RageOn.  I

14  forwarded the email notice to Ms. Tufariello and she responded by email that she

15  would look at the documents and contact me the next day.  On December 30, 2019, I

16  emailed Ms. Tufariello: "Hi Betty, I didn't hear back from you – any update?"  On

17  January 1, 2020, I emailed, "Happy new year! Following up on what to do!"  I

18  followed up again on January 3, 7, and 9 with no response.  A true and correct copy

19  of my and Ms. Tufariello's email communications spanning December 27, 2019

20  through January 9, 2020 are attached hereto as **Exhibit "C"**.

21       7.     On January 16, 2020, I sent a text message to Ms. Tufariello to update

22  me on this – the Atari – matter.  She was traveling to Miami at the time but

23  responded right away stating: "Atari and I are in discussions. I have 21 days. And he

24  is aware if [sic] my traveling."  Later that day, Ms. Tufariello confirmed to me that

25  she would be filing a stipulation in this action to extend RageOn's deadline to

26  respond to Atari's complaint when she gets back in town.  A true and correct copy

27  of my January 16, 2020 text message communications with Ms. Tufariello is

28  attached hereto as **Exhibit "D"**.  The portions of my communications with Ms.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  Tufariello concerning matters unrelated to this case have been redacted to preserve

2  RageOn's attorney-client privilege and work product in connection with other

3  unrelated legal matters.

4        8.      I not only followed up with Ms. Tufariello several times in connection

5  with this case, but also reached out to Atari's counsel, Keith J. Wesley.  In fact, Mr.

6  Wesley and I spoke on the phone on January 23, 2020.  At that time, I discussed

7  with Mr. Wesley both this case and our business.  I informed him that we are

8  committed to preserving all intellectual property rights, but that we had received no

9  notice from Atari to remove anything from our site.  On that same call, Mr. Wesley

10  made a vague threat about a "default judgment"[1] – which term was foreign to me –

11  but I explained to him that our attorney, Ms. Tufariello, had been handling this

12  matter.  With regard to everything, Mr. Wesley told me that he would talk to his

13  team and get back to me.  I confirmed this discussion in an email to Mr. Wesley and

14  I also attached a screenshot of a text message conversation between Ms. Tufariello

15  and Daniel Sahad (whom I believed was connected to Mr. Wesley or Atari) that I

16  had received from Ms. Tufariello.  In my email to Mr. Wesley, I asked him to get

17  back to me regarding a potential resolution and a dismissal of the case.  A true and

18  correct copy of my January 23, 2020 email to Mr. Wesley is attached hereto as

19  **Exhibit "E"**.

20        9.      The next day, on January 24, 2020, Ms. Tufariello informed me that

21  she had responded "to Keith in the Atari case."  I understood her to be referring to

22  Mr. Wesley, Atari's counsel.  A true and correct copy of Ms. Tufariello's above

23  January 24, 2020 text message to me is attached hereto as **Exhibit "F"**.

24  _____

25  [1] I understood Mr. Wesley's reference to a "default judgment" to mean that he was
    threatening to prosecute this case through trial and obtain some form of relief
26  against RageOn after trial.  I did not understand the term to mean that RageOn
    would somehow be disqualified from defending itself in this action.  Again, I was
27  under the impression that our counsel was handling this matter.

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

4

DECLARATION OF MICHAEL KRILIVSKY

10.     On February 3, 2020, I followed up with Mr. Wesley via email: "Is everything ok here? Can we hop on a call tomorrow?"  A true and correct copy of my February 3, 2020 email to Mr. Wesley is attached hereto as **Exhibit "G"**.  Mr. Wesley did not respond, however.  As I've now come to learn, just a few days earlier, on January 29, Atari filed for entry of RageOn's default and the default was entered on January 30.

11.     After Mr. Wesley ignored my February 3 email, I was curious to know what was happening.  Therefore, I consulted an attorney friend of mine who informed me that some "default" had been entered.  I did not know what that meant – whether it was some routine, procedural filing or something that substantively affected our rights.  On February 10, 2020, I followed up with Ms. Tufariello: "What happened with Atari? I received no communication from you – no draft, no update, etc."  A true and correct copy of my February 10, 2020 text message to Ms. Tufariello is attached hereto as **Exhibit "H"**.

12.     Having not heard back from Ms. Tufariello nor Mr. Wesley, I assumed either that the two were talking to one another and that they simply were waiting for something material to occur in the case in order to get back to me or that the case was over and the two had worked out a way to end it.  Just to be sure, on February 11, 2020, I followed up with Mr. Wesley again: "I have not heard back here. What is going on with this case and how can I help?"  A true and correct copy of my February 11, 2020 email to Mr. Wesley is attached hereto as **Exhibit "I"**.

13.     Mr. Wesley never got back to me, nor did he ever serve us with any papers indicating that he had been seeking our "default" or applying for a "default judgment."  Indeed, on February 12, 2020, Ms. Tufariello texted me to inform me that the only pressing deadlines involved non-Atari matters and that "the deadlines imposed by Court are being met."  A true and correct copy of Ms. Tufariello's February 12, 2020 text message to me containing the above message is attached hereto as **Exhibit "J"**.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

14.   On March 13, 2020, Ms. Tufariello and we engaged in discussions regarding other unrelated matters.  In one communication, I asked her for an update on all of our matters, including the Atari file.  She communicated with us regarding other matters, and did not in any way inform us that RageOn was at risk.  I grew frustrated with her at some point in connection with those other matters, however, and asked her at one point to turn over all of her files to us, but she refused.  I even offered to pay her for our files, but she refused.  After we all cooled down, she continued to provide us legal advice on other matters, however, and so I continued to believe that she was continuing to handle our matters.  At no point did Mr. Tufariello inform me or anybody at RageOn that she had not been handling this matter or that RageOn was in default or in any other way at risk at all.

15.   Sometime in March, I came to learn that the COVID-19 pandemic had caused a closure of businesses and the courts.  Receiving no updates on the Atari matter, I assumed – perhaps naively – that the case (if it was even active) was on hold.  Besides, I was preoccupied with an extreme slowdown in our business – one that brought us to the brink of bankruptcy until we transformed the business and offered face masks to assist our communities in fighting this pandemic.  Our team worked almost around the clock to implement this new product, get them live on our web builder so other online stores could create face masks and help their communities at large.  We spread awareness to millions of people of how to use best practices to mitigate COVID-19.[2]

---

[2] The last three months have been extremely meaningful for me, my family, and my business.  As the Court may be aware, there was an extreme shortage of face masks in the marketplace in or about March and April, which caused people to be utterly defenseless to a potential COVID-19 exposure.  Once we pivoted our business towards supplying face masks, I wholeheartedly believed that we were helping do our part to save people's lives.  The bi-product of "helping people" was that our sales grew and we turned a corner on profitability (after years and years of hard work).  If RageOn goes out of business, it cannot continue to spread awareness to millions of people or help save people's lives.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

16.     Once states and counties began opening up again, I texted Ms. Tufariello on June 21, 2020 to ask for an update on all of our matters.  She did not respond.  I followed up on July 1, 2020, and she did not respond to that text either.  A true and correct copy of my June 21 and July 1 text message communications to Ms. Tufariello are attached collectively hereto as **Exhibit "K"**.

17.     I first learned on June 29, 2020 from our CFO that all of the money in our Bank of America account (approximately $882,000) had been seized.  I thought there was a mistake or that our account had been hacked.  I called Bank of America immediately and they informed me that they intend to tender the money to the U.S. Marshal's office on or by July 6, 2020 pursuant to some "writ of execution" (another foreign term).  This was news to me.  Until then, I did not know that a judgment (or a writ of execution) had been issued against us.  I did not know that this action was ongoing at all.  Nothing was served on us.  Again, I thought all along that Ms. Tufariello was handling this action, but I was wrong.

18.     I was also shocked to learn that a judgment had been issued against us for over a million dollars.  Our records indicate that there were only a few hundred dollars of sales (by users who indemnify RageOn – see Exhibit "N") of anything remotely related to Atari, half of which came from one person who appears to be connected to Atari, a critical issue we are investigating (as this action could very well have been manufactured by Atari's own conduct) – I explain our investigations and how we derived this information below.

19.     On June 30, 2020, I left a voicemail for and also emailed Mr. Wesley.  I told him that I had no idea that this action was still ongoing.  I informed him that I have evidence of him opening all of my emails (our email systems show us when email recipients open and read our emails), but that he ignored me.  I informed him that he had not given us any notice of any attempted default against us.  When I did speak with Mr. Wesley back in January, he led me to believe that everything would be ok.  I begged Mr. Wesley to reverse the seizure of our funds and to work with us

7

1  in good faith.  A true and correct copy of my June 30, 2020 email to Mr. Wesley is

2  attached collectively hereto as **Exhibit "L"**.

3       20.    Not having heard back from Mr. Wesley (and being notified that he had

4  read my June 30 email 11 times), I wrote him again on July 1, 2020.  I told him that

5  I thought this "lawsuit was over because you had stopped responding to me, no one

6  told me it was continuing."  I begged him to get back to me.[3]  A true and correct

7  copy of my July 1, 2020 email to Mr. Wesley (a portion of which is redacted to

8  protect settlement confidential communications) is attached collectively hereto as

9  **Exhibit "M"**.

10      21.    If the judgment and writ stand, it will be a crushing blow to our small

11 business and would affect everybody within it.  RageOn was struggling financially

12 even before the COVID-19 pandemic.  In fact, I gave up my salary and nearly all

13 employees took pay cuts.  RageOn was and is in debt to service providers and

14 vendors.  Only through selling face masks was RageOn able to grow its bank

15 account from almost nothing to the approximately $882,000 that was seized under

16 the Writ of Execution.  Without that money, RageOn cannot pay employees for

17 work already performed, cannot pay debts owed, and will be driven out of business

18 in short order.  Indeed, RageOn has already suffered irreparable harm, which harm

19 is escalating, unless our application or motion is granted.  The loss of our money has

20 significantly affected RageOn's ability to cover its expenses, including its payroll

21 obligations.  If this application is denied, we will be driven out of business almost

22 immediately, not to mention the negative effect on our employees of losing their pay

23 (including earned pay) during the worst economic crisis in years.  If we could even

24 financially survive this ordeal, the loss of employees and vendors, not to mention

25 the effect to our credit and goodwill, is irreparable.

26 _____

27 [3] Mr. Wesley ultimately responded with a settlement offer that I found to be
   unacceptable.

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

22.    I'd like to provide the Court some additional background regarding RageOn vis-à-vis the claims asserted against it in this lawsuit.  None of the accused products were created by RageOn.  Rather, they were designed by third party users and sent through our automated portal to an off-site third party manufacturer who then manufactures the goods.  The designs appearing on the accused goods here were created and manufactured/supplied by third parties and sold through RageOn's website with no input or approval from RageOn.  The order/manufacture process is largely automated, whereby the user selects the artwork with RageOn acting as passive, automated broker transparently pairing up users with manufacturers.  RageOn exercises no control over the content's design.  Moreover, Atari's allegation that "RageOn used the word mark 'Atari' as a keyword that drove users to the RageOn site" is false.  The use of the word "Atari" on the RageOn site was auto-generated by virtue of the product listings.  No specific effort was made to associate RageOn with Atari.  Indeed, RageOn takes great pride in enforcing owners' intellectual property rights.  In fact, when users sign up on our platform, they agree to our terms of service, and those terms are prominently displayed on our website for all users (and intellectual property owners) to access.  So is our DMCA Notice and Takedown Procedure (see Paragraph 29 below and Exh. "Q").  And even after registering on our site and before the user uploads any image, the user must agree again that they own what they are uploading.  A true and correct copy of RageOn's terms of service are attached hereto as **Exhibit "N"**.

23.    Our terms of service specifically state:

RageOn respects the intellectual property rights of others and we expect our members and guests to do the same. In accordance with the Digital Millennium Copyright Act, RageOn has adopted a policy of, in appropriate circumstances, terminating member accounts that are repeat infringers of the intellectual property rights of others. We also may terminate member accounts even based on a single infringement.

We will remove material from our site if we are properly notified about

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

alleged copyright infringement in accordance with the DMCA. If you misrepresent that material is infringing, you may be subject to liability under U.S. federal law.

If you believe that your work has been copied in a way that constitutes copyright infringement, please contact our DMCA Agent, via email (legal@rageon.com), or mail (1163 E. 40th St., Suite 211, Cleveland, OH 44114). Your notification must contain the following information (please confirm these requirements with your legal counsel, see the U.S. Copyright Act, or see our DMCA Notice and Takedown Procedure for more information):

an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;

a description of the copyrighted work that you claim has been infringed;

a description of where the material that you claim is infringing is located on the Site, sufficient for us to locate the material;

your address, telephone number, and email address;

a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

a statement by you that the information in your notice is accurate and, under penalty of perjury, that you are the copyright owner or authorized to act on the copyright owner's behalf.

Once provided with a notice of takedown, the merchant can reply with a counter notification using our form if they object to the complaint. The original complainant has 14 business days after we receive a counter notification to seek a court order restraining the merchant from engaging in the infringing activity, otherwise we restore the material. For more information, see our DMCA Notice and Takedown Procedure.

If you believe that your work has been removed by mistake or misidentification, please email us at legal@rageon.com. Your counter notification must contain the following information (please confirm these requirements with your legal counsel or see the U.S. Copyright Act for more information):

a physical or electronic signature of the user of the Services;

identification of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access to it was disabled;

a statement made under penalty of perjury that the subscriber has a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material; and

the subscriber's name, address, telephone number, and a statement that the subscriber consents to the jurisdiction of the Federal District Court for the judicial district in which the address is located, or if the subscriber's address is outside of the United States, for any judicial district in which the service provider may be found, and that the user will accept service of process from the person who provided notification under subscriber (c)(1)(C) or an agent of such person.

If you misrepresent that material was removed by mistake or misidentification, you may be subject to liability under U.S. federal law.

If you fail to comply with these notice requirements, your notification or counter-notification may not be valid.

Our designated DMCA Agent for notice of alleged copyright infringement can be reached at: Email: legal@rageon.com

24.     We do not have any record of Atari alerting us to any intellectual property violation on our platform, nor sending us any DMCA notice.  Had Atari given us notice of any violation here, we would have taken the goods down from our site, as we've done with many other users in connection with intellectual property rights owned by other companies.

25.     Contrary to the position that Atari has advanced in this lawsuit, RageOn takes intellectual property violations extremely seriously.  In fact, we are proactive in our approach and take even questionable materials down as soon as we have notice of the purported violation.  We've also authored a "white paper"

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  specifically guiding our users about our guidelines and how to avoid intellectual

2  property violations.  A true and correct copy of our report titled "Turning IP Into

3  Profit" is attached hereto as **Exhibit "O"**.

4     26. Our internal records show that there were only $338.90 in total sales of

5  the alleged/accused products, $149.80 of which came from customer "Terri

6  Walters" who, curiously and suspiciously, ordered only alleged/accused Atari-

7  related products without using any discount codes, which is unusual, and made all of

8  her purchases immediately before Atari initiated this lawsuit.  A typical customer

9  would purchase an array of product and use discount codes with their purchase.

10  This seemed suspicious to me so I dug a little further to understand the source of

11  these sales.

12     27. After conducting a web search, I encountered a Facebook page, which

13  indicates that Ms. Walters is a paralegal at Mr. Wesley's law firm, Browne George

14  Ross.  A true and correct copy of that Facebook page showing her connection to Mr.

15  Wesley's law firm is attached hereto as **Exhibit "P"**.

16     28. Backing out Ms. Walters' purchase, RageOn's platform generated total

17  sales (i.e., total revenue) of $189.10 of alleged/accused Atari products.  While we

18  continue to investigate this matter, it would not surprise me to learn that more of

19  those sales may have originated from Atari itself or from Atari's attorneys or agents.

20     29. Finally, the Court should be aware that aside from our terms of service,

21  we also have a "DMCA Notice and Takedown Procedure" on our website.  A true

22  and correct copy of our DMCA Notice and Takedown Procedure is attached hereto

23  as **Exhibit "Q"**.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

DocuSign Envelope ID: FB93A148-8B81-46C4-AC69-71A582391B7A

1    I declare under penalty of perjury under the laws of the United States of

2  America and that the foregoing is true and correct.

3    Executed July 6, 2020, at Rancho Mirage, California.

4

5                                        DocuSigned by:

       _Michael krilivsky_____
6                                        Michael Krilivsky

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

13

DECLARATION OF MICHAEL KRILIVSKY

# EXHIBIT A

**From:** **Betty Tufariello**  PBTufariello@intellectulaw.com
**Subject:** ███████████████████████████████████████████████████████
**Date:** December 23, 2019 at 12:09 PM
**To:** ██████████████████████
**Cc:** Legal RageOn  legal@rageon.com,  Alina Orban  AOrban@intellectulaw.com

███████

███████████████████████████████████████████

As I informed you I represent RageOn Inc. in all of their intellectual property matters.

████████████████████████████████████████████  ███████

██████████████████████████████████████████████████
████

██████████████████

██████████████████

Here for you- Betty.

*Your Brand Professional- Your better business partner.*

P. Betty Tufariello, Esq.
**Intellectulaw™**
**The Law Offices of P.B. Tufariello, P.C.**
25 Little Harbor Road
Mount Sinai, NY 11766
Telephone: 631-476-8734
Fax: 631-476-8737
Cell: 631-512-9446
E-mail: pbtufariello@intellectulaw.com
Twitter: https://twitter.com/intellectulaw
LinkedIn: https://www.linkedin.com/in/bettytufariello/

On the web at:
**www.intellectulaw.com**
**www.trademarklawyers.nyc**

This message originates from Intellectulaw™, The Law Offices of P.B. Tufariello, P.C.. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use.  The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413.  Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message.  Personal messages express views solely of the sender and are not attributable to Intellectulaw™, The Law Offices of P.B. Tufariello, P.C..

# EXHIBIT B

**From:** Mike Krilivsky  mike@rageon.com  
**Subject:** Fwd: LAWSUIT ALERT- Solicitation
**Date:** December 27, 2019 at 8:52 AM
**To:** Betty Tufariello  pbtufariello@intellectulaw.com



Receive this



### Mike Krilivsky
**CEO & Co-Founder at RageOn!**

mike@rageon.com • RageOn.com

   

  ⭐ How RageOn App works in 30 seconds! ⭐

RageOn helps over 800k brands like Hello Kitty, Care Bears, Sausage Party and more revolutionize retail, and fight piracy!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Sent via Superhuman iOS

---------- Forwarded message ----------
From: Dr. Dariush Adli <adli@adlilaw.com>
Date: Thursday, December 26 2019 at 11:34 AM PST
Subject: LAWSUIT ALERT- Solicitation
To: <mike@rageon.com>

Dear Michael A. Krilivsky,

Our law firm recently obtained your information through public records identifying you or someone with a similar name as yours, as a party in a pending lawsuit (listed below). If you already have an attorney, or if this case does not concern you, please disregard this letter.

My name is Dr. Dariush Adli. I am the President of the Los Angeles based ADLI Law Group. We are a full-service law firm offering legal services in a variety of areas, including Business Litigation, Intellectual Property (Patent, Trademark, Copyright and Trade Secrets), Labor & Employment, Real Estate, Construction, Entertainment, Products Liability, Corporate Transactions and Family Law.

Since its founding in 2010, ADLI has kept focus on fulfilling its underlying philosophy and mission: to provide clients with top-notch legal services at a fair price. Our team of attorneys handle every aspect of the legal process and will ensure that you and your business interests are always kept in the foreground.

If you need representation or would like to discuss your options for the case listed below, we are here to help. For a free consultation, please call us at (213) 623-6547.

Please note that this is a solicitation and that until we have agreed to represent you with a signed engagement letter and a corresponding retainer, no attorney-client relationship is established between us.

Attachment: Filed in the USDC Central District of California by Atari Interactive, Inc. as provided.

Atari Interactive, Inc. v. RageOn Inc.;   Trademark. Defendant creates and distributes   Keith Wesley
12/20/20192:19-cv-10806   large quantities of counterfeit Atari clothing

12/20/20192:19 cv 10806                large quantities of counterfeit Atari clothing
                                        and printed material.

*Feel free to contact me with any questions or comments.  We are always happy to assist you with your legal issues. Thank you.*

**Dr. Dariush G. Adli, Ph.D, Esq.**

## President

Phone: (213) 623-6546 **|** Direct: (213) 623-6547 **|** Fax: (213) 623-6554

[www.adlilaw.com](http://www.adlilaw.com) **|** [www.adlilaw.com/dr-dariush-g-adli](http://www.adlilaw.com/dr-dariush-g-adli)



444 South Flower Street, Suite 3100

Los Angeles, CA 90071



PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

# EXHIBIT C

**From:** **Mike Krilivsky** mike@rageon.com 📎
**Subject:** RE: Service of Process for Entity: RAGEON, INC.
**Date:** January 9, 2020 at 6:07 AM
**To:** Betty Tufariello pbtufariello@intellectulaw.com
**Cc:** Betty Tufariello intellectulaw@gmail.com, Betty Tufariello betty@intellectulaw.com

Hi Betty, I'm trying to stay diligent on what's going on - ?



**Mike Krilivsky**
**CEO & Co-Founder at RageOn!**

mike@rageon.com • RageOn.com

   

 ⭐ How RageOn App works in 30 seconds! ⭐

RageOn helps over 800k brands like Hello Kitty, Care Bears, Sausage Party and more revolutionize retail, and fight piracy!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Sent via Superhuman

On Tue, Jan 07, 2020 at 12:55 AM, Mike Krilivsky <mike@rageon.com> wrote:
Hi betty -?



**Mike Krilivsky**
**CEO & Co-Founder at RageOn!**

mike@rageon.com • RageOn.com

    

 ⭐ How RageOn App works in 30 seconds! ⭐

RageOn helps over 800k brands like Hello Kitty, Care Bears, Sausage Party and more revolutionize retail, and fight piracy!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Sent via Superhuman iOS

On Fri, Jan 3, 2020 at 1:49 PM, Mike Krilivsky <mike@rageon.com> wrote:

On Fri, Jan 3 2020 at 1:49 PM, Mike Krilivsky <mike@rageon.com> wrote:
Looking for response, thanks!



**Mike Krilivsky**
**CEO & Co-Founder at RageOn!**

mike@rageon.com  •  RageOn.com

   

   [How RageOn App works in 30 seconds!](#) 

RageOn helps over 800k brands like [Hello Kitty](#), [Care Bears](#), [Sausage Party](#) and more [revolutionize retail](#), and [fight piracy](#)

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Sent via [Superhuman iOS](#)

On Wed, Jan 1 2020 at 10:32 PM, Mike Krilivsky <mike@rageon.com> wrote:
Happy new year! Following up on what to do!



**Mike Krilivsky**
**CEO & Co-Founder at RageOn!**

mike@rageon.com  •  RageOn.com

   

   ⭐ [How RageOn App works in 30 seconds!](#) ⭐

RageOn helps over 800k brands like [Hello Kitty](#), [Care Bears](#), [Sausage Party](#) and more [revolutionize retail](#), and [fight piracy](#)!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Sent via [Superhuman iOS](#)

On Mon, Dec 30 2019 at 10:38 AM, Mike Krilivsky <mike@rageon.com> wrote:
Hi Betty, I didn't hear back from you - any update?





**Mike Krilivsky**
**CEO & Co-Founder at RageOn!**

mike@rageon.com • RageOn.com

   

  How RageOn App works in 30 seconds! ⭐

RageOn helps over 800k brands like Hello Kitty, Care Bears, Sausage Party and more revolutionize retail, and fight piracy!

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Sent via Superhuman iOS

On Fri, Dec 27 2019 at 3:00 PM, Betty Tufariello <pbtufariello@intellectulaw.com> wrote:

Mike:


Wow your timing was impeccable.  I am actually just leaving the office.  Yes, this is another suit.  I will pull it down and take a look at it.  I will be in touch tomorrow to fill you in.


Here for you- Betty.


*Your Brand Professional- Your better business partner.*


P. Betty Tufariello, Esq.

**Intellectulaw™**

**The Law Offices of P.B. Tufariello, P.C.**

25 Little Harbor Road

Mount Sinai, NY 11766

Telephone: 631-476-8734

Fax: 631-476-8737

Cell: 631-512-9446

E-mail: pbtufariello@intellectulaw.com

Twitter: https://twitter.com/intellectulaw

LinkedIn: https://www.linkedin.com/in/bettytufariello/


On the web at:

**www.intellectulaw.com**

**www.trademarklawyers.nyc**


This message originates from Intellectulaw™, The Law Offices of P.B. Tufariello, P.C.. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use.  The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413.  Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Intellectulaw™, The Law Offices of P.B. Tufariello, P.C..

**From:** Mike Krilivsky [mailto:mike@rageon.com]
**Sent:** Friday, December 27, 2019 7:56 PM
**To:** Betty Tufariello <PBTufariello@intellectulaw.com>; Betty Tufariello <intellectulaw@gmail.com>
**Subject:** Fwd: Service of Process for Entity: RAGEON, INC.


Hi Betty, I don't remember speaking to them about anything - is this another lawsuit?



**Mike Krilivsky**
**CEO & Co-Founder at RageOn!**

mike@rageon.com  •  RageOn.com


⭐How RageOn App works in 30 seconds! ⭐

RageOn helps over 800k brands like Hello Kitty, Care Bears, Sausage Party and more revolutionize retail, and fight piracy!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.


Sent via Superhuman

---------- Forwarded message ----------
From: <SOP@cogencyglobal.com>
Date: Friday, December 27 2019 at 2:08 PM PST
Subject: Service of Process for Entity: RAGEON, INC.
To: <Mike@rageon.com>



NOTICE OF SERVICE OF PROCESS

Entity Served: RAGEON, INC.
Received in:   California

COGENCY GLOBAL INC. has received the enclosed document on behalf of the above named entity. As the appointed registered agent or agent for service of process for the entity, we are forwarding the document to you. By clicking the **"Retrieve Document"** button you acknowledge the receipt of this service of process on behalf of the entity listed.

| | |
|---|---|
| Client Group: | RAGEON, INC. |
| SOP Number: | SP680698 |
| Document Type: | Summons & Complaint |
| Date of Service: | 12/27/2019 |
| Service Method: | Personal |
| Court: | United States District Court for the Central District |
| Document Caption: | Atari Interactive, Inc. vs. RAGEON, INC. |
| Case Number: | 2:19-cv-10806-DSF (MAAx) |
| Original to Follow: | Yes |
| Original Being Sent To: | Mike Krilivsky<br>Rageon, Inc.<br>2002 3rd Street, Suite 208<br>San Francisco, CA 94107 |
| Delivery Method: | FedEx |
| Tracking Number: | 777351612786 |

## Click Here to Retrieve Document

Important Reminders

The above link is valid until 01/03/2020 at 11:59pm EST. The document is also available for viewing at www.entitycentral.com. If you have any questions or concerns, please contact us at SOP@COGENCYGLOBAL.COM or 866.621.3524.

This notice and, if applicable, document link (together, the "Notice") is being sent to, and is intended for, the contact designated in COGENCY GLOBAL INC.'s records to receive service of process. We are not responsible for any loss, injury, claim, liability, or damage arising from your use of or reliance on the information contained within the Notice, including, but not limited to, any error or omission in the information contained within the Notice or from any subsequent transmission or third-party access to the Notice. This Notice should be reviewed by your legal and/or tax advisors, and questions concerning whether or how to respond to any document received by us on your entity's behalf should be directed to them. The information

whether or how to respond to any document received by us on your entity's behalf should be directed to them. The information contained in the transmittal portion of the Notice is solely for informational purposes, is not a substitute for legal or tax advice, and cannot be relied on to provide complete information.

# EXHIBIT D



1/16/20, 12:04 PM

I am on my way to Miami right now.

When were you planning on replying to Atari?

Atari and I are in discussions

I have 21 days.

And he is aware if my traveling

# EXHIBIT E

**From:** Mike Krilivsky  mike@rageon.com  
**Subject:** Atari x RageOn
**Date:** January 23, 2020 at 2:43 PM
**To:** kwesley@bgrfirm.com, Betty Tufariello  pbtufariello@intellectulaw.com, Betty Tufariello  intellectulaw@gmail.com
**Bcc:** Blackburn, James S.  james.blackburn@arnoldporter.com



Hi Wesley (Betty CC'd),

Thanks for your time on the phone today. As mentioned on the call:

I am extremely dedicated to protecting IP (was a musician, a record label owner, and a brand builder - IP is very close to my heart, and many relationships that define my life are content creators in some form and I know how important this is to people and the evolution of creativity)

We, very much so, want to make a relationship with Atari and protect your brand.

RageOn is quite a small business right now (unfortunately)

RageOn is in a very tough cash position (unfortunately)

We have a dmca agent and follow dmca law

We've received no notice from Atari to remove anything (we just searched our legal inbox and spam folder)

You said that you were about to proceed with default judgement against RageOn because our attorney did not file anything

Betty, our attorney, said she received an extension from "Daniel Sahad" for this matter (screenshot below)

——

In summary, I just want to do the right thing and be supported in building our print on demand solution which gives people, small brands and big brands, like Atari, the ability to make more money via e-commerce. We've seen our tools help transform young artists, college students, etc. lives and our platform enhance major brands like Hello Kitty, Lisa Frank, KISS, etc.

We ask that you gracefully help us get through this. We are open to partnership, helping protect your brands IP, and discussions in ways that we can creatively help each other over time.

Please let us know if we can discuss a partnership and dismiss this case.

Sincerely,
Mike

———

" Daniel Sahad is the contact. "







**Mike Krilivsky**
**CEO & Co-Founder at RageOn!**

mike@rageon.com • RageOn.com



 ⭐ How RageOn App works in 30 seconds! ⭐

RageOn helps over 800k brands like Hello Kitty, Care Bears, Sausage Party and more revolutionize retail, and fight piracy!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Sent via Superhuman iOS

# EXHIBIT F



1/24/20, 6:41 AM

Good morning Betty

Did you respond with info yet?

Good morning Mike.

I am not done yet. But I did respond to Keith in the Atari case

# EXHIBIT G

**From:** Mike Krilivsky  mike@rageon.com  
**Subject:** Re: Atari x RageOn
**Date:** February 3, 2020 at 5:55 PM
**To:** kwesley@bgrfirm.com,  Betty Tufariello  pbtufariello@intellectulaw.com,  Betty Tufariello  intellectulaw@gmail.com

Hi Wesley,

Is everything ok here? Can we hop on a call tomorrow?



### Mike Krilivsky
**CEO & Co-Founder at RageOn!**

mike@rageon.com  •  RageOn.com

    

  ⭐ How RageOn App works in 30 seconds! ⭐

RageOn helps over 800k brands like Hello Kitty, Care Bears, Sausage Party and more revolutionize retail, and fight piracy!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Sent via Superhuman iOS



# EXHIBIT H



2/10/20, 9:15 AM

What happened with Atari? I received no communication from you - no draft, no update, etc.



# EXHIBIT I

**From:** **Mike Krilivsky**  mike@rageon.com  📎 
**Subject:** Re: Atari x RageOn
**Date:** February 11, 2020 at 1:16 AM
**To:** kwesley@bgrfirm.com,  Betty Tufariello  pbtufariello@intellectulaw.com,  Betty Tufariello  intellectulaw@gmail.com

Hi Wesley,

I have not heard back here. What is going on with this case and how can I help?

> **Mike Krilivsky**
> **CEO & Co-Founder at RageOn!**
>
> mike@rageon.com  •  RageOn.com



RageOn helps over 800k brands like Hello Kitty, Care Bears, Sausage Party and more revolutionize retail, and fight piracy!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Sent via Superhuman



# EXHIBIT J



2/12/20, 12:57 PM



Hi Betty, still waiting for your response.

Betty Tufariello lawyer

The only two pressing deadlines were ██████████.

Betty Tufariello lawyer

Betty Tufariello lawyer

Betty Tufariello lawyer

The deadlines imposed by Court are being met.

Betty Tufariello lawyer



# EXHIBIT K



6/21/20, 2:11 PM

Hi Betty - can you send us the rest of the info on the cases and copyrights ? Thank you!

7/1/20, 3:13 PM

Hi Betty - how are you?

# EXHIBIT L

**From:** **Mike Krilivsky** mike@rageon.com  📎
**Subject:** Re: Atari x RageOn
**Date:** June 30, 2020 at 4:30 PM
**To:** kwesley@bgrfirm.com



Hi Keith,

I need your help.

I just left you a voicemail. I saw that you opened my emails and then never responded.

I had no idea a case with Atari vs. RageOn was still going on. My attorney Betty abandoned me because we nearly ran out of money, and she refused to give me any updates on this case when I texted, called, and emailed.

To get ourselves out of the rut of almost going bankrupt, I gave up my salary, many employees took 50% or more paycuts and I asked the universe what I could do to help my people survive…. The universe responded by saying "Help People"

I had no idea what this meant at first… but then got a call from my mentally disabled cousin that pushes carriages for a grocery store and said "Mike, this virus is scary, we don't have any face masks and I'm worried about dying…"
My mom is 74 years old, lives in Florida with her sisters nearby and they called me and said that they were worried because they're in a high risk age group and also couldn't face masks…

My team and I busted our butts to spin up face masks to help my family, our customers, and other online store owners to help save lives and mitigate the spread of this awful virus.

We dedicated our lives to helping save lives with face masks and giving people an opportunity to make money online during a depression where tens of millions where losing their jobs… throughout this, we built up our bank account to about $882,000 from hard work and investors believing in RageOn.

**Today…**
I received a heartbreaking text from my CFO that all the money we had built up in our bank account to help save lives, maintain and build the business was extracted from our account! No notice from anyone ….

I received zero email or mail notifications of this case of why this may have happened! As you know, we discussed this case internally in the beginning and sent some emails to you and you made it seem like we would be OK - never heard back.

As you can see, I followed up many times with no response - even after you opened the email.

As you know, RageOn is a platform that empowers people, brands, and is very serious about protecting IP. RageOn doesn't willfully infringe on anyone's brand - some user's that upload stuff occasionally do - and we have a DMCA agent and policies in place that help police and do the right thing and protect brands like Atari.

I think in our entire history, out of millions of designs uploaded, maybe there were a few hundreds bucks of Atari "fan art" products sold  - and you're trying to get all of our money!? we don't even have that much!?

If we don't get a reversal of these funds,

- my entire company will be shut down
- the people that work for RageOn, their lives will be ruined during an economic recession
- my team will not be able to feed their families
- all the online stores and creators that use  RageOn to make money - especially now during a pandemic - will be out of luck…
- we've helped save so many lives with face masks and to mitigate the spread of the nasty virus CoViD-19 … all that will stop, more lives would die than if we don't exist, and less people will be following us for ways to help better the world….

Look - we aren't Redbubble, Zazzle, Gearlaunch, Alibaba, etc. building our company off the backs of IP owners, getting to hundreds of millions in revenue, going public, etc. - we're the exactly opposite and work our tails off to try and win awesome brands like you on our platform. We are still a little guy - were just starting to pay off debts/bills…..

Why is this happening?
Why aren't we getting notices?
Why is a giant company like Atari trying to extort and crush a small company that is helping power legitimate online stores and brand owners? Small businesses are the backbone of America. We have 99.999% good actors on our platform and we shouldn't lose our entire business and ability to help people over a couple of folks that maybe had fan art, etc.

We need your help reversing this. We won't survive.

Please contact me ASAP 617-633-0544



Me  ⫸          Hi Wesley (Betty CC'd), Thanks for your time on the phone today. As menti...    JAN 23

Me  ⫸          Hi Wesley, Is everything ok here? Can we hop on a call tomorrow?                 FEB 3

Me  ⫸                                                                                           FEB 3

Me to kwesley@bgrfirm.com, Betty & Betty  ⫸                                                     FEB 11

Hi Wesley,

I have not heard back here. What is going on with this case and how can I help?

...

Opened by kwesley@bgrfirm.com 4 months ago

**Mike Krilivsky**
**CEO & Co-Founder at RageOn!**

mike@rageon.com  •  RageOn.com



⭐ How RageOn App works in 30 seconds! ⭐

RageOn helps over 800k brands like Hello Kitty, Care Bears, Sausage Party and more
revolutionize retail, and fight piracy!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named
recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not
disclose the contents to anyone or make copies thereof.

Sent via Superhuman

# EXHIBIT M

**From:** Mike Krilivsky  mike@rageon.com  📎
**Subject:** Re: Atari x RageOn
**Date:** July 1, 2020 at 12:42 AM
**To:** kwesley@bgrfirm.com



**Hi Keith,**

I am shocked that you can read this email 11 times and not respond. I was frantic all day trying to figure out ways for my employees families to survive and assemble the right legal team to provide justice here.

I thought this lawsuit was over because you had stopped responding to me, no one told me it was continuing, I had no chance to defend RageOn or myself. This is the ONLY reason you were awarded $1m+ for an alleged few infringements of hundreds of dollars in sales - that is absurd, extortion, and will be reversed.

**I am going to ask for your help and give Atari the chance to do the right thing:**
We talk



Let me know when you're free this morning - it's important that we speak. I do appreciate any efforts you take to help correct this mess and save the lives of our families, our fans and customers that we save with face masks, and the thousands of folks we are helping make money during a pandemic!

Thanks!



**Mike Krilivsky**
**CEO & Co-Founder at RageOn!**

mike@rageon.com  •  RageOn.com

   

 ⭐ How RageOn App works in 30 seconds! ⭐

RageOn helps over 800k brands like Hello Kitty, Care Bears, Sausage Party and more revolutionize retail, and fight piracy!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not

disclose the contents to anyone or make copies thereof.

Sent via Superhuman

# EXHIBIT N

Get Started

COLLECTIONS    GUYS    GIRLS    KIDS    **MASKS**    HOME DECOR    SALE    **READY TO SHIP**    MORE

# Terms of Service

**TERMS OF SERVICE**

Last updated on May 28th, 2020.

Welcome RageOn Members and Guests

The RageOn custom creation technology, app, RageOn Connect Shopify Plugin, and website creator are owned by RageOn, Inc ("RageOn"). We at RageOn are dedicated to the free expression of our users in a collaborative, positive, respectful environment. We celebrate creativity and at the same time want to make sure that each creator's rights in his/her content are respected. Our mission is to provide all kinds of creators with recognition, exposure, and inspiration. As part of that, we want to give people new, meaningful, and fun ways to engage with creators and their images. In these Terms of Service, creators and other users give us the rights we need to do these things. We try to take as little as possible, but we do need to be sure that we're protecting ourselves. Below are the rules for using the RageOn mobile application ("App") and website, which provide a service for the creators of the world and their friends and fans. Most of them are pretty obvious. Be a good person. Be respectful. Post only your own work. Post only material that belongs here. Stuff like that. We provide these Terms of Service in a plain and clear way so that our users can abide by and remember them. If you use our services, we want to make sure that you have the right to post the content that you provide, and respect content rights of third parties. If you do not follow our rules, don't use our services. We respect users' creativity and their rights to protect their content. We provide these Terms of Service as a set of rules that we expect our users to follow, and if they don't follow them, not to use our services.

If you have questions about our Terms of Service, please contact us at legal@rageon.com.

Now, for the rules:

RageOn ("RageOn", "we", or "us") offers a wide variety of products and services, including several websites such as www.RageOn.com and all its sub-domains, together the "Site"), general and personalized content, communication tools and forums, a marketplace, online and downloadable applications, and competitions (all those together, the "Service"). These Terms of Service (the "Terms" or "Agreement") are the rules for using the Service. By using or attempting to use the Service in any way you're agreeing to be bound by and follow this Agreement.

We may update these terms without notice. Please check back here when you use the Service. Your continued use of the Service after any changes constitutes your acceptance of the new Terms.

Unless we say otherwise, these terms incorporate and supersede any other terms associated with the Service.

**RageOn is a community. Almost all the material on our Site was created and posted by our members, so we can't take responsibility for it.**

The Service includes all kinds of material posted by our users. We assume no responsibility for the accuracy, authenticity, or source of any material on the Service. We do not verify or endorse any of it. We reserve the right to monitor and remove any material on or sent through the Service. We reserve the right to terminate your membership and use of the Service at any time, without notice, for any reason, at our sole discretion. If you are aware of a violation of our terms, you agree to notify us immediately, although we do not guarantee that we'll take any action.

**RageOn never takes ownership of your material. Period.**

As we mention above, you give us the rights we need to use the material you post so that we can run RageOn. We try to take as little as possible, but we do need to be sure we're protecting ourselves. That doesn't change anything related to ownership. And, you can remove your material from the Service at any time.

**You may post or submit only images that you created and you own the rights to. Any image you post or submit must not violate the rights of anyone.**

By submitting any material on the Service, you warrant that you have the right to use the trademarks, processes, and other materials you use with the Service. You warrant that your

posted material does not infringe any third party copyrights, trademarks, or patents. You
warrant your posted material is your own.

COLLECTIONS   GUYS   GIRLS   KIDS   MASKS   HOME DECOR   SALE   READY TO SHIP   MORE

**RageOn does need licenses and rights to be able to run the Service and get your material
as much exposure and recognition as possible on our Site, on other sites, and in the
physical world.**

By submitting any material on the Service:

You grant to us and our partners and affiliates a nonexclusive, royalty free, perpetual, and
worldwide license to use your material on the Service and for promotion of the Service and of
your material, including incorporating into a collective work, copying, distributing,
transmitting, displaying, performing, reproducing, editing, translating, and re-formatting.
Whenever possible, we will credit you as an author, and you agree that we can use your name
for that purpose. We will stop posting your material on the Site going forward if you remove it
from the Site.

You grant to us and our partners and affiliates a nonexclusive, royalty free, and worldwide
license to allow users to buy prints of your material on any media that we offer. You may
terminate this license going forward (but not for prints you've already sold through the
Service) by checking the appropriate box in your settings or removing your material from the
Site.

You grant to other users of the Site a license to use your material only for the limited purpose
of using and accessing the Service.

You represent that your material complies with these Terms.

To give RageOn members more opportunities for promotion and recognition, we sometimes
post members' work on other sites, such as, but not limited to, Facebook, Twitter, Instagram,
Pinterest, Snapchat, and Tumblr. When images are posted to any of those sites, those images
become subject to the privacy policies and terms of service of those sites, which are not
under the control of RageOn.

**Copyright Notifications**

RageOn respects the intellectual property rights of others and we expect our members and
guests to do the same. In accordance with the Digital Millennium Copyright Act, RageOn has
adopted a policy of, in appropriate circumstances, terminating member accounts that are
repeat infringers of the intellectual property rights of others. We also may terminate member
accounts even based on a single infringement.

We will remove material from our site if we are properly notified about alleged copyright infringement in accordance with the DMCA. If you misrepresent that material is infringing, you may be subject to liability under U.S. federal law.

If you believe that your work has been copied in a way that constitutes copyright infringement, please contact our DMCA Agent, via email (legal@rageon.com), or mail (1163 E. 40th St., Suite 211, Cleveland, OH 44114). Your notification must contain the following information (please confirm these requirements with your legal counsel, see the U.S. Copyright Act, or see our DMCA Notice and Takedown Procedure for more information):

an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;

a description of the copyrighted work that you claim has been infringed;

a description of where the material that you claim is infringing is located on the Site, sufficient for us to locate the material;

your address, telephone number, and email address;

a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

a statement by you that the information in your notice is accurate and, under penalty of perjury, that you are the copyright owner or authorized to act on the copyright owner's behalf.

Once provided with a notice of takedown, the merchant can reply with a counter notification using our form if they object to the complaint. The original complainant has 14 business days after we receive a counter notification to seek a court order restraining the merchant from engaging in the infringing activity, otherwise we restore the material. For more information, see our DMCA Notice and Takedown Procedure

If you believe that your work has been removed by mistake or misidentification, please email us at legal@rageon.com. Your counter notification must contain the following information (please confirm these requirements with your legal counsel or see the U.S. Copyright Act for more information):

a physical or electronic signature of the user of the Services;

identification of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access to it was disabled;

a statement made under penalty of perjury that the subscriber has a good faith belief that the
material was removed or disabled as a result of mistake or misidentification of the material;
and

the subscriber's name, address, telephone number, and a statement that the subscriber
consents to the jurisdiction of the Federal District Court for the judicial district in which the
address is located, or if the subscriber's address is outside of the United States, for any
judicial district in which the service provider may be found, and that the user will accept
service of process from the person who provided notification under subscriber (c)(1)(C) or an
agent of such person.

If you misrepresent that material was removed by mistake or misidentification, you may be
subject to liability under U.S. federal law.

If you fail to comply with these notice requirements, your notification or counter-notification
may not be valid.

Our designated DMCA Agent for notice of alleged copyright infringement can be reached at:
Email: legal@rageon.com

**Be a good member of our community, or you can't stay.**

It's not difficult to figure out how to be a good member of our community. But, in case you're
wondering, here are some examples of actions that may result in us closing your account and
deleting your information. You agree not to do any of the following things:

Posting material that is threatening, abusive, harassing, slanderous, defamatory, vulgar,
obscene, profane, indecent, or otherwise objectionable including posting private information
belonging to or about other individuals.

Posting content that promotes, encourages, or provides instructional information about
illegal activities.

Posting hate propaganda or hate mongering.

Posting pornography and sexually explicit material of a lewd, lecherous, or obscene nature or
intent or that violates local, state, international, or federal regulations, rules, laws, or local
ordinances.

Using pirated software sites, including cracking programs or cracking program archives.

Posting any material that infringes any copyright, rights of privacy or publicity, patent,
trademark, trade secret, or other proprietary rights of any party.

Get Started

COLLECTIONS    GUYS    GIRLS    KIDS    MASKS    HOME DECOR    SALE    READY TO SHIP    MORE

Failure to answer our inquiries in a timely manner.

Failure to maintain an active email.

The use of the Service for any illegal purposes.

Providing false information to us.

Using the Service to impersonate another person or misrepresent authorization to act on behalf of others.

Using the Service as a remote storage server only, or knowingly allowing another website or hosting server to link to content files stored on RageOn's servers.

Accessing the Service through automated methods, such as the use of robots or other computer code that calls the Service.

Transmit any worms or viruses or any code of a destructive nature.

Interfere with or circumvent the security features of the Service or any related website, other websites, or the Internet.

Sending unsolicited and unwanted messages (also known as junk mail or spam).

Attempting to undermine the security or integrity of computing systems or networks of RageOn, its partners, or those accessed through or with their product.

Any violation of the letter or spirit of these Terms.

You agree to comply with all applicable laws and to assume responsibility for your activities, and to provide and maintain accurate, complete, and current information with us.

You agree that we may, in our sole discretion, terminate or suspend your access to the Site for those reasons, or any reason. We have the right to delete for any reason all data, files, or other information that is stored in your account. We are not liable to you or any third party for the termination of the Service and/or your account or any claims related to the termination of the Site and/or your account.

### Proprietary Rights

We own the intellectual property rights to any and all protectable components of the Service, including the computer software, the related documentation, the "look and feel," the end-user interfaces, the name of the Service, and many of the features.

You agree that the Service, which includes all software and documentation, both electronic or printed media, contain copyrighted material, trade secrets, patent pending material, and

other proprietary intellectual property. The Service is the proprietary property of RageOn. It is protected by copyright, trademark, and other proprietary rights and laws, and may be used or accessed only as specifically provided for in this Agreement.

You shall not store, copy, rent, lease, loan, sell, transfer, transmit, display, modify, adapt, reproduce, translate, distribute, reverse engineer, decompile, or reverse assemble any aspect of the Service which we own. You may not sell, assign, sublicense, grant a security interest in or otherwise attempt to transfer any right in the Service (which includes its software and documentation), or create derivative works based on or in any manner commercially exploit the Service, in whole or in part.

### Compensation

You receive 100% above base price less any discounts for products that you create and sell. You also have the ability to share your products and these contain an affiliate link. You can earn an additional 10% of the base price when an item is sold within 30 days after a customer clicks your affiliate link! Make more money with RageOn! Click here for examples of commissions/profits and here for a full base price list. RageOn Connect base prices here.

With RageOn.com, you can cash out as soon as you reach $50 in commission and it's past 60 days. Your available balance will be displayed in your Affiliate Dashboard under "Available Now". You then can "Cash Out" and be paid via Paypal.

All platform sellers have to fill out our Cashout Verification Form in order to withdraw earnings the first time. Our form will ask you for additional personal information to confirm your identity.

With RageOn Connect, you get paid immediately by your Shopify store when a sale happens and then RageOn Connect will charge your credit card on file the base price of the item.

### Limitation of Liability

You must bear the risk of any liability relating to your use of the Site. We do not guarantee, represent or warrant that your use of our service will be uninterrupted, timely, secure or error-free. We do not warrant that the results that may be obtained from the use of the service will be accurate or reliable. You agree that from time to time we may remove the service for indefinite periods of time or cancel the service at any time, without notice to you.

Get Started

COLLECTIONS   GUYS   GIRLS   KIDS   MASKS   HOME DECOR   SALE   READY TO SHIP   MORE

ACCORDINGLY, YOUR USE OF THE SITE IS ENTIRELY AT YOUR SOLE RISK. WE WILL NOT BE RESPONSIBLE TO YOU OR ANY THIRD PARTIES FOR ANY DIRECT OR INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, OR PUNITIVE DAMAGES OR LOSSES YOU MAY INCUR IN CONNECTION WITH THE SITE, YOUR USE THEREOF, OR ANY OF THE DATA OR OTHER MATERIALS TRANSMITTED THROUGH OR RESIDING IN THE SITE, REGARDLESS OF THE TYPE OF CLAIM OR THE NATURE OF THE CAUSE OF ACTION, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE OR LOSS. YOU AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SITE MUST COMMENCE WITHIN ONE YEAR AFTER THE CAUSE OF ACTION AROSE; OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

Notwithstanding the above, your exclusive remedies for all damages, losses and causes of actions whether in contract, tort including negligence or otherwise, shall not exceed the aggregate dollar amount which you paid directly to RageOn during the current payment period.

We are not responsible for any financial or personal loss to members using their accounts for business or any other purpose for any reason including, but not limited to, server down situations (i.e. server malfunction, server crashes or software related problems) and accidental or willful deletion of member accounts and/or contents of said accounts. Images stored on our servers are for online sharing purposes and not meant for permanent or temporary archival purposes. Therefore, we are not obligated to maintain back-up copies of any material submitted or posted on the Site.

### Indemnity

You shall defend, indemnify, and hold harmless RageOn and our affiliates, members, officers, directors, employees, consultants, agents and representatives, and their respective heirs, successors, and assigns, from and against any and all claims, proceedings, damages, injuries, liabilities, losses, costs, and expenses (including attorneys' fees), relating to any acts by you or materials or information transmitted by you on or through the Site or Service.

We reserve the right, at our own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you.

### Accuracy, Completeness and Timeliness of Information

We are not responsible if information made available on this site is not accurate, complete or current. The material on this site is provided for general information only and should not be relied upon or used as the sole basis for making decisions without consulting primary, more accurate, more complete or more timely sources of information. Any reliance on the material on this site is at your own risk.

This site may contain certain historical information. Historical information, necessarily, is not current and is provided for your reference only. We reserve the right to modify the contents of this site at any time, but we have no obligation to update any information on our site. You agree that it is your responsibility to monitor changes to our site.

**Modifications to the Service and Prices**

Prices for our products are subject to change without notice. We reserve the right at any time to modify or discontinue the Service (or any part or content thereof) without notice at any time. We shall not be liable to you or to any third-party for any modification, price change, suspension or discontinuance of the Service.

**Products or Services**

Certain products or services may be available exclusively online through the website. These products or services may have limited quantities and are subject to return or exchange only according to our Return Policy.

We have made every effort to display as accurately as possible the colors and images of our products that appear at the store. We cannot guarantee that your computer monitor's display of any color will be accurate.

We reserve the right, but are not obligated, to limit the sales of our products or Services to any person, geographic region or jurisdiction. We may exercise this right on a case-by-case basis. We reserve the right to limit the quantities of any products or services that we offer. All descriptions of products or product pricing are subject to change at anytime without notice, at the sole discretion of us. We reserve the right to discontinue any product at any time. Any offer for any product or service made on this site is void where prohibited.

Get Started
COLLECTIONS   GUYS   GIRLS   KIDS   **MASKS**   HOME DECOR   SALE   **READY TO SHIP**   MORE

We do not warrant that the quality of any products, services, information, or other material purchased or obtained by you will meet your expectations, or that any errors in the Service will be corrected.

## Coupons and Site Discounts

Coupons and Site Discounts (hereafter collectively referred to as "Coupon" or "Coupons") available are not required to work on all products and / or orders. Examples of collections that are not discountable by Coupons, include, but are not limited to, the Sale section. Should there be a question in regards to and order which items do / do not apply for the Coupon entered, screenshot your order and submit it to: info@RageOn.com, along with the Coupon you are attempting to use.

Coupons are not stackable. Only one Coupon can be applied towards an order. However, you are allowed to use a Coupon along with a Gift Card, should you have one in your account.

## Accuracy of Billing and Account Information

We reserve the right to refuse any order you place with us. We may, in our sole discretion, limit or cancel quantities purchased per person, per household or per order. These restrictions may include orders placed by or under the same customer account, the same credit card, and/or orders that use the same billing and/or shipping address. In the event that we make a change to or cancel an order, we may attempt to notify you by contacting the e-mail and/or billing address/phone number provided at the time the order was made. We reserve the right to limit or prohibit orders that, in our sole judgment, appear to be placed by dealers, resellers or distributors.

You agree to provide current, complete and accurate purchase and account information for all purchases made at our store. You agree to promptly update your account and other information, including your email address and credit card numbers and expiration dates, so that we can complete your transactions and contact you as needed.

For more detail, please review our Returns Policy.

## Disclaimers of Warranty

THE SITE IS PROVIDED "AS IS" AND WE MAKE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY, FITNESS FOR A PARTICULAR USE OR PURPOSE, TITLE, NON-INFRINGEMENT OR ANY OTHER WARRANTY, CONDITION, GUARANTY, OR REPRESENTATION, WHETHER ORAL, IN WRITING OR IN ELECTRONIC FORM, INCLUDING, BUT NOT LIMITED TO, THE ACCURACY OR COMPLETENESS OF ANY INFORMATION CONTAINED THEREIN OR PROVIDED ON THE SITE. FURTHER, YOU EXPRESSLY UNDERSTAND THAT WE MAKE NO REPRESENTATIONS THAT INDIVIDUALS USING THE SITE ARE WHOM THEY PURPORT TO BE. WE HAVE NO CONTROL OVER, AND ACCEPT NO RESPONSIBILITY FOR, ANY CONTESTS OR ACTIONS OF ANY THIRD PARTY. YOU ASSUME FULL RESPONSIBILITY AND RISK FOR USE OF THE SITE AND THE INTERNET AND ARE SOLELY RESPONSIBLE FOR EVALUATING THE ACCURACY AND COMPLETENESS OF INFORMATION YOU RECEIVE THROUGH THE SITE.

### Third Party Links

Certain content, products and services available via our Service may include materials from third parties. Third party links on this site may direct you to third party websites that are not affiliated with us. We are not responsible for examining or evaluating the content or accuracy and we do not warrant and will not have any liability or responsibility for any third party materials or websites, or for any other materials, products, or services of third parties.

We are not liable for any harm or damages related to the purchase or use of goods, services, resources, content, or any other transactions made in connection with any third party websites. Please review carefully the third party's policies and practices and make sure you understand them before you engage in any transaction. Complaints, claims, concerns, or questions regarding third party products should be directed to the third party.

### User Comments, Feedback and Other Submissions

If, at our request, you send certain specific submissions (for example contest entries) or without a request from us you send creative ideas, suggestions, proposals, plans, or other materials, whether online, by email, by postal mail, or otherwise (collectively, 'comments'), you agree that we may, at any time, without restriction, edit, copy, publish, distribute, translate and otherwise use in any medium any comments that you forward to us. We are and shall be under no obligation (1) to maintain any comments in confidence; (2) to pay compensation for any comments; or (3) to respond to any comments.

We may, but have no obligation to, monitor, edit or remove content that we determine in our sole discretion are unlawful, offensive, threatening, libelous, defamatory, pornographic,

obscene or otherwise objectionable or violates any party's intellectual property or these
Terms of Service.

COLLECTIONS  GUYS  GIRLS  KIDS  MASKS  HOME DECOR  SALE  READY TO SHIP  MORE

Get Started

You agree that your comments will not violate any right of any third party, including copyright, trademark, privacy, personality or other personal or proprietary right. You further agree that your comments will not contain libelous or otherwise unlawful, abusive or obscene material, or contain any computer virus or other malware that could in any way affect the operation of the Service or any related website. You may not use a false e-mail address, pretend to be someone other than yourself, or otherwise mislead us or third-parties as to the origin of any comments. You are solely responsible for any comments you make and their accuracy. We take no responsibility and assume no liability for any comments posted by you or any third-party.

### Errors, Inaccuracies and Omissions

Occasionally there may be information on our site or in the Service that contains typographical errors, inaccuracies or omissions that may relate to product descriptions, pricing, promotions, offers, product shipping charges, transit times and availability. We reserve the right to correct any errors, inaccuracies or omissions, and to change or update information or cancel orders if any information in the Service or on any related website is inaccurate at any time without prior notice (including after you have submitted your order).

We undertake no obligation to update, amend or clarify information in the Service or on any related website, including without limitation, pricing information, except as required by law. No specified update or refresh date applied in the Service or on any related website, should be taken to indicate that all information in the Service or on any related website has been modified or updated.

### 20. Custom Refunds and Exchange Policy

RageOn does not offer any refunds or exchanges on custom products, This is not negotiable due to our "on demand", aka "made to order", process. Once a customer places an order, we manufacture, and then fulfill. Your order is a binding contract which dictates to us to make what you as a customer want to receive.

Please see our blanket policy on Returns, Cancellations, Refunds, or Exchanges here.

COLLECTIONS   GUYS   GIRLS   KIDS   **MASKS**   HOME DECOR   SALE   READY TO SHIP   MORE                Get Started

## 21. Sample Policy

Please note that due to COVID-19, we are prioritizing essential orders, like masks, over non essential products and aren't accepting any free/unpaid orders that would take the place of a paid order of an essential item that could save someone's life.

However, we do encourage you to order as many samples as you'd like to pay for. Design the product, sync to your store and purchase. You should test the quality of the product, take photos and add additional mockups to your product pages or to use with social media.

If you are a RageOn Prime member, please give your orders numbers and we'll do our best to have them rushed during these tough times.

## Affiliate Keyword Policy

Affiliates may not bid on tradenames (or misspellings). Affiliates may not bid on phrases which include tradenames (or misspellings). Affiliates may NOT use the destination URL in the advertising links. Affiliates may use the tradenames in ads.

## Miscellaneous Provisions

Account Security. Do not share your password with anyone. Your account is for you only. You are responsible for any actions taken by your account. Your submission of personal information through the store is governed by our Privacy Policy.

You understand that your content (not including credit card information), may be transferred unencrypted and involve (a) transmissions over various networks; and (b) changes to conform and adapt to technical requirements of connecting networks or devices. Credit card information is always encrypted during transfer over networks.

Choice of Law/Jurisdiction. You agree that these Terms of Service shall for all purposes be governed by and construed in accordance with the laws of the State of Ohio, without giving effect to any choice of law provisions thereof, and that any action arising out of these Terms of Service shall be litigated and enforced under the laws of the State of Ohio. Further, you agree to submit to the exclusive jurisdiction and venue of the courts of the State of Ohio, and that any legal action pursued by you shall be within the exclusive jurisdiction of the courts of the State of Ohio.

Get Started

COLLECTIONS   GUYS   GIRLS   KIDS   **MASKS**   HOME DECOR   SALE   **READY TO SHIP**   MORE

Waivers. No waiver of any breach of any provision of these Terms of Service shall constitute a waiver of any prior, concurrent, or subsequent breach of the same or any other provisions hereof, and no waiver shall be effective unless made in writing and signed by an authorized representative of the waiving party. The failure of RageOn to exercise or enforce any right or provision of these Terms of Service shall not operate as a waiver of such right or provision.

Severability. If any provision of these Terms of Service shall be declared void or invalid by a court of competent jurisdiction, such void or invalid provision shall not in any way impair the entire Terms of Service. The remaining provisions shall be construed as if not containing the provisions held to be void or invalid, and the rights and obligations of the parties hereto shall be construed and enforced accordingly. If any court with jurisdiction should determine that any provision of these Terms of Service is overbroad or otherwise unenforceable, the court may narrow or limit the provision so as to make it enforceable.

Termination. The obligations and liabilities of the parties incurred prior to the termination date shall survive the termination of this agreement for all purposes. These Terms of Service are effective unless and until terminated by either you or us. You may terminate these Terms of Service at any time by notifying us that you no longer wish to use our Services, or when you cease using our site.

If in our sole judgment you fail, or we suspect that you have failed, to comply with any term or provision of these Terms of Service, we also may terminate this agreement at any time without notice and you will remain liable for all amounts due up to and including the date of termination; and/or accordingly may deny you access to our Services (or any part thereof).

Headings. The headings used in these Terms of Service are for reference purposes only and do not constitute substantive matter to be considered and construed as the terms of these Terms of Service.

Binding Agreement. These Terms of Service shall be binding upon you and your employees, representatives, and agents, and their respective heirs, successors and assigns and shall inure to the benefit of RageOn and its affiliates, successors, assigns and licensees.

Entire Agreement. These Terms of Service and any and all other online policies promulgated by RageOn constitute the entire agreement between us and you with respect to the subject matter hereof, and supersedes all prior oral or written understandings, communications or agreements not specifically incorporated herein. Nothing contained herein will be construed to constitute either party as a partner, employee or agent of the other party, nor will either party hold itself out as such. Neither party has any right or authority to incur any warranty, liability, or obligation of any kind (express or implied) on behalf of the other party. Any ambiguities in the interpretation of these Terms of Service shall not be construed against the drafting party.

Force Majeure. Failure by any party to perform any obligation hereunder shall be excused if and for so long as such breach or failure to perform is caused by a force majeure event, and prompt notice thereof has been given to the other party. If any party fails to perform any duty or obligation hereunder as a result of a force majeure event, such party shall be required to fulfill its obligations hereunder within a reasonable time after the force majeure event ceases to exist.

Acknowledgment. By using and/or accessing the Website, you are agreeing to comply with and be bound by these Terms of Service (the "Agreement"). This Agreement is inclusive of any operating rules, official contest rules, policies, price schedules, and/or other supplemental terms and conditions or documents expressly incorporated herein by reference and/or published from time to time. Please review the terms of this Agreement carefully. If you do not consent to this Agreement in its entirety, you are not authorized to use this Website in any manner or form.

Subject to our Privacy Policy, as a registered member you agree to receive periodic emails from us containing information about new features and service options and/or periodic information about special promotions.

Membership or usage of the Site and service is available only to individuals who are either at least 18 years old, or at least 13 years old, and who are authorized to access the Site by a parent or legal guardian. If you have authorized a minor to use the Site, you are responsible for their conduct, and the consequences of their misuse of the Site. The Site does display photographs and images containing nudity and violence that may be offensive to some.

RageOn's policy is that no free samples will be given because each one is handmade and takes time, resources, and man-power to make.

COLLECTIONS    GUYS    GIRLS    KIDS    **MASKS**    HOME DECOR    SALE    **READY TO SHIP**    MORE

Get Started

Questions about the Terms of Service should be sent to us at legal@rageon.com.

**Disclaimer:**

By downloading and/or using the mockups and printing templates, you are agreeing that they are proprietary company property owned by RageOn Inc. RageOn Inc. strictly prohibits the use for any other business other than RageOn Inc.

Our templates are not to be modified, changed, etc. from our original format and then be used for your personal gain or use with another company.

Use of these mockups and templates outside the realm of RageOn Inc. will be prosecuted to the furthest extent of the law with a minimum penalty of $25,000.00 per usage.

All contest rules are subject to change at any time.

About
Careers
Get Support
FAQ
Refunds and Exchanges
Bulk Orders
Art Submission
Shipping
Size Charts
Press Page
Model For Us!
Affiliate Program



**Latest Blog Post**

How to Make Money with RageOn!

COLLECTIONS    GUYS    GIRLS    KIDS    MASKS    HOME DECOR    SALE    READY TO SHIP    MORE

Get Started

Copyright 2020 RageOn! - Dream it. Share it. Wear it!

Terms of Service | Privacy Policy | Report Abuse/DMCA

# EXHIBIT O

**TURNING IP INTO PROFIT**

The retail industry is following the footsteps of the music industry. The only thing to save Brands and their IP from a Napster Apocalypse is something they have been fighting for years.

## Our Mission

RageOn is revolutionizing the merchandising industry. Our mission is to become the Spotify of online retail. The explosion of user generated content (UGC), knock-offs or cheap, overseas manufacturers, and "make your own" dropshippers has put the retail industry into a tailspin. RageOn has witnessed this erosion firsthand. Exposure to this problem has revealed on opportunity to record. We have made it our mission to fight piracy and monetize IP - and at the same time, empower content creators of the world.

We are all living in a Napster day and age. To understand how this is impacting IP owners, it is important to study what happened to the music industry in the 21st century.

## The Fall of Music

In 2001 Napster launched its free music download service. The service led to $8.3 Billion in losses for the music/ record industry over the next decade. The fight for "rights" collided with the growing consumer demand for digital media. CDs became obsolete, digital content couldn't be controlled, and musicians were hesitant to release music for fear of piracy. Poor quality became synonymous with mp4.

## Enter Spotify in 2012.

They, like RageOn, understood there had to be a better way to connect fans and artists. Spotify's platform and service was designed to benefit both parties. Artists felt they had control. They were compensated for downloads (or streams). Quality of the product improved. More importantly IP owners now had way to monetize in the digital world.



| Problems | Solutions! |
|---|---|
| • Theft of Music & Merch = No $$ | • Licensor Makes Money! |
| • Lo-fi Sound / Lo-res Merch Quality | • Great, Controlled Quality |
| • Musicians dup / Brands Suffer | • Musicians / Artists can earn a living! |
| • CDs are Gone / Retail is Collapsing! | • Digital Music / On Demand Merch wins! |

## Disrupting Retail

RageOn is at the forefront of a similar transformation in the merchandising industry. Today, similar custom creation marketplaces have empowered content creators to make money from stolen IP. Drop-shippers and companies like Ali Express have forced brands and licensors to go on the defensive. Authentic brands and IP owners cannot keep up with these players flooding the market.

RageOn is following a historical template laid out buy the music industry. We've taken it one step further with cutting edge technology and connected marketplaces of trusted artists, brands and retailers.

### On Demand Storefront
- No Upfront Costs
- No Minimums
- Customer Service / Fulfillment
- On Demand
- More Info

### User Created Content
- Allow users to use your Creative Assets to create their own
- They become your marketing army
- You stand to profit!
- More Info

### Next Generation Distribution
INVITE ONLY
- 300k+ Shopify Stores can sync your products
- More Info

### IP Protection
- Registered DMCA Agent
- Staff Reviewing
- Report Button next to Every Product
- Keyword Detection technology
- Easy to use Takedown Forum
- More Info

## "Protect IP by Exposing IP"

Winning the fight to protect brands and assets lies in the ability to provide a safe and easy place for consumers to create and engage, thus place the power in the hands of the individual. This is the "uber-fication" of the licensing industry. RageOn looks to empower content creators though:

1. **RageOn.com** - IP owners can design their own merchandise and sell direct. (Commission Paid per merch sale)

2. **RageOn Connect** - Invite Only. IP owners are chosen to upload their merchandise into our Shopify APP where over 300K storefronts can gain access to the merchandise. This is next generation distribution and the future of brand/ retail relations. (Licensor gets paid every time their products sell).

3. **RageOn iOS App** - IP owners can upload their IP into the APP as "digital stickers". APP users can then design their own t-shirts and add stickers on top. Commission is paid per sticker used.

## What to Expect from RageOn

IP Owners that partner with Rageon can rest assured knowing the maximum monetary value will be retained from their IP and at the same time the highest quality standards will be retained. First and foremost, we provide the maximum protection from patent infringement on our platform as well as other custom creation marketplace storefronts. Here is a list of our processes and procedures:

1. **Registered DMCA Agents**. 3 on staff. These agents monitor our site, iOS App as well as our competitor sites to ensure all IP is being used as agreed to. This includes sending "cease and desist" letters to online stores that are illegally using IP, thus furthering your ownership of your brand on the web.

2. **Report Buttons**. Our marketplace of 500K storefronts and 1MM users will monitor the marketplace. A report button is prominent on every product page. Our team fields inquiries and acts on them immediately.

3. **Keyword Detection Technology**. Our custom, in-house spiders scrub all metadata in search of IP we have flagged. Matches notify our product team to review product. In the event a product is in violation, it is removed.

4. **Easy-to-use removal form**. Many IP pirates have made it next to impossible to request removal of product, i.e. AliBaba. We have made it simple for anyone to request products be removed.

# EXHIBIT P





# EXHIBIT Q

DMCA Notice and Takedown Procedure – RageOn                                    Page 1 of 4



(https://www.rageon.com/)  Sign in (/hc/en-us/signin?return_to=https%3A%2F%2Frageon.zendesk.com%2Fhc%2Fen-us%2Farticles%2F115001700143-DMCA-N

Support Home (/)    Submit a request (/hc/en-us/requests/new)

# Welcome to our Support Portal

🔍  How can we help you today?

RageOn (/hc/en-us)  >  Other Topics (/hc/en-us/categories/201919123-Other-Topics)  >  Empowering the Creators! (/hc/en-us/sections/115000501503-Empowering-the-Creators-)

**Shipping & Returns (https://rageon.zendesk.com/hc/en-us/categories/115000404486-Shipping-Returns)**

**Making Money on RageOn (https://rageon.zendesk.com/hc/en-us/categories/115000363563-Making-Money-on-RageOn)**

**Other Topics (https://rageon.zendesk.com/hc/en-us/categories/201919123-Other-Topics)**

**News (https://rageon.zendesk.com/hc/en-us/categories/115000380426-News)**

# DMCA Notice and Takedown Procedure

Engineering
Updated 3 years ago

Follow (/hc/en-us/articles/115001700143-DMCA-Notice-and-Takedown-Procedure/subscription.html)

RageOn is taking a stance to be the first user generated custom marketplace that is the #1 Safe Harbor for intellectual property (https://www.rageon.com/pages/rageon-ip-protection). We support the protection of intellectual property and ask our users to do the same. If you believe your work has been used without your permission, please fill out:

DMCA Takedown Request Form (http://www.rageon.com/pages/rageon-dmca-takedown-form)

It is our policy to expeditiously respond to clear notices of alleged copyright infringement that comply with the United States Digital Millennium Copyright Act ("DMCA"), the text of which can be found at the U.S. Copyright Office website, http://www.copyright.gov (http://www.copyright.gov).

It is expected that all users of any part of RageOn will comply with applicable copyright laws. If, however, we receive proper notification of claimed copyright infringement, our response to such notices will include removing or disabling access to material claimed to be the subject of infringing activity and/or terminating the subscriber.

## 1. Infringement Notification

To file a notice of infringement with RageOn, you must provide a written communication (by email or regular mail) that sets out the information specified in the list below. Please note that you will be liable for damages (including costs and attorney's fees) if you materially misrepresent that material is infringing your copyright(s). Accordingly, if you are not sure if you are the proper copyright holder or if copyright laws protect the material, we suggest that you first contact a lawyer.

To expedite our ability to process your request, please fill out the DMCA Takedown Request Form (http://www.rageon.com/pages/rageon-dmca-takedown-form) or use the following format:

1. Identify with sufficient detail the copyrighted work that you believe has been infringed. This includes identification of the web page or specific posts, as opposed to entire sites. Posts must be referenced by either the dates in which they appear or by the permalink of the post. Include the URL to the concerned material infringing your copyright (URL of a website or URL to a post, with title, date, name of the emitter), or link to initial post with sufficient data to find it.
2. Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit RageOn to locate the material;
3. Information reasonably sufficient to permit RageOn to contact the complaining party, such as an address, telephone number, and, if available, an email address at which the complaining party may be contacted;

4. The following statement: "I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law";
5. The following statement: "I swear, under penalty of perjury, that the information in the notification is accurate, and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed"; and
6. Sign the document with either your physical or electronic signature; and
7. Send the written communication to:

RageOn Inc.

Attn: RageOn DMCA Complaints

1163 E. 40th Street, Suite 211

Cleveland, OH 44114

OR email to: legal@rageon.com (mailto:legal@rageon.com) Attn: RageOn DMCA Complaints

Please include section numbers.

## 2. Counter Notification

The provider of the allegedly infringing content may make a counter notification pursuant to sections 512(g)(2) and (3) of the US Copyright Act.

To file a counter notification with us, you must provide a written communication (by email or regular mail) that sets out the information specified in the list below. Please note that you will be liable for damages (including costs and attorneys' fees) if you materially misrepresent that a product or activity is not infringing the copyrights of others. Accordingly, if you are not sure whether certain material infringes the copyrights of others, we suggest that you first contact a lawyer.

To expedite our ability to process your request, please use the following format:

1. Identification of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access to it was disabled;
2. Your name, address, and telephone number;
3. The following statement: "I consent to the jurisdiction of Federal District Court for the [insert the federal judicial district in which your address is located]";
4. The following statement: "I will accept service of process from [insert the name of the person who submitted the infringement notification] or his/her agent";
5. The following statement: "I swear, under penalty of perjury, that I have a good faith belief that the affected material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled"; and
6. Sign the document with your physical or electronic signature; and
7. Send the written communication to:

RageOn Inc.

Attn: RageOn DMCA Complaints

1163 E. 40th Street, Suite 211

Cleveland, OH 44114

OR email to: legal@rageon.com Attn: RageOn DMCA Complaints

Please include section numbers.

Upon receiving a proper counter notification, RageOn will provide the person who sent the original infringement notification with a copy of the counter notification, and inform that person that RageOn will replace the removed material and cease disabling access to it not less than ten (10), nor more than fourteen (14), business days following receipt of the counter notice, unless our Designated Agent first receives notice from the person who submitted the original infringement notification that such person has filed an action seeking a court order to restrain the subscriber from engaging in infringing activity relating to the material on our system, pursuant to section 512 (g)(2)(c).

## 3. Repeat Infringers

In accordance with Section 512(i)(1)(a) of the DMCA, RageOn will, in appropriate circumstances,

DMCA Notice and Takedown Procedure – RageOn                                    Page 3 of 4

disable and/or terminate the accounts of users who are repeat infringers.

## 4. Designated Agent

Cindy Le, RageOn Inc.

1163 E. 40th St., Suite 211

Cleveland, OH 44114

Email: legal@rageon.com (mailto:legal@rageon.com)

## Questions

Any questions about RageOn's DMCA Notice and Takedown Procedure should be addressed to legal@rageon.com (mailto:legal@rageon.com) or by mail to:

RageOn Inc.

1163 E. 40th Street, Suite 211

Cleveland, OH 44114

United States of America



Was this article helpful?   ✓   ✕   0 out of 0 found this helpful

Have more questions? Submit a request (/hc/en-us/requests/new)

Related articles

FAQ's (/hc/en-us/related/click?
data=BAh7CjobZGVzdGluYXRpb25fYXJ0aWNsZV9pZGwrCCKbrcYaADoYcmVmZXJyZXJfYXJ0aWNsZV9pZGw
2BvosYaADoLbG9jYWxlSSIKZW4tdXMGOgZFVDoIdXJsSSIqL2hjL2VuLXVzL2FydGljbGVzLzExNTAwMjQxNTkw
3D%3D--fc506e687953dd8b68f82a19edc235f8c0778cd8)

Intellectual Property (IP) Protection (/hc/en-us/related/click?
data=BAh7CjobZGVzdGluYXRpb25fYXJ0aWNsZV9pZGwrCPZEo8YaADoYcmVmZXJyZXJfYXJ0aWNsZV9pZGw
2BvosYaADoLbG9jYWxlSSIKZW4tdXMGOgZFVDoIdXJsSSIL2hjL2VuLXVzL2FydGljbGVzLzExNTAwMTczODQ4
3D%3D--813c3aac1c65138b3f8ca6b7bb6cff749lfba949)

Production & Shipping Times (/hc/en-us/related/click?
data=BAh7CjobZGVzdGluYXRpb25fYXJ0aWNsZV9pZGkrSDDoYcmVmZXJyZXJfYXJ0aWNsZV9pZGwrCC%
2BvosYaADoLbG9jYWxlSSIKZW4tdXMGOgZFVDoIdXJsSSI7L2hjL2VuLXVzL2FydGljbGVzLzlxNTEwODIyNiIQcn
-c5d27l2b760cec0e822fafa646145464c0188cd9)

Verified Accounts (/hc/en-us/related/click?
data=BAh7CjobZGVzdGluYXRpb25fYXJ0aWNsZV9pZGwrCFevosYaADoYcmVmZXJyZXJfYXJ0aWNsZV9pZGwr
2BvosYaADoLbG9jYWxlSSIKZW4tdXMGOgZFVDoIdXJsSSI2L2hjL2VuLXVzL2FydGljbGVzLzExNTAwMTcwMDF
3D%3D--3681ac1ee823d986568ac2772c9ae6ab5597d837)

Shirt Style Options/Descriptions (/hc/en-us/related/click?
data=BAh7CjobZGVzdGluYXRpb25fYXJ0aWNsZV9pZGwrCJp0wMYaADoYcmVmZXJyZXJfYXJ0aWNsZV9pZGv
2BvosYaADoLbG9jYWxlSSIKZW4tdXMGOgZFVDoIdXJsSSJFL2hjL2VuLXVzL2FydGljbGVzLzExNTAwMzY1MTIy
3D%3D--b2c1713c26cf895e059a93c0198f0aa353cf3d03)

## Comments

0 comments

Please

sign in (/hc/en-us/signin?return_to=https%3A%2F%2Frageon.zendesk.com%2Fhc%2Fen-us%2Farticles%2F115001700l4

to leave a comment.

Home   Blog   FAQ's   Policy

© 2017 RageOn, Inc. (https://www.rageon.com/)