| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Arash Beral (SBN 245219) / Jeffrey M. Jensen (SBN 262710)<br>arash.beral@ffslaw.com / jeffrey.jensen@ffslaw.com<br>FREEMAN, FREEMAN & SMILEY, LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Tel: (310) 255-6100<br>Fax: (310) 255-6200<br>ATTORNEY(S) FOR: Defendant RAGEON, INC. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>Plaintiff(s),<br>v.<br><br>RAGEON, INC.,<br><br>Defendant(s) | CASE NUMBER:<br>2:19-cv-10806-DSF-MAA<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant RAGEON, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| ATARI INTERACTIVE, INC. | Plaintiff |
| RAGEON, INC. | Defendant |

| | |
|---|---|
| July 6, 2020<br>Date | / s / Arash Beral<br>Signature<br>Arash Beral |

Attorney of record for (or name of party appearing in pro per):

Defendant RAGEON, INC.

