1  ARASH BERAL (SBN 245219)
   ABeral@BlankRome.com
2  Blank Rome LLP
   2029 Century Park East, 6th Floor
3  Los Angeles, CA 90067
   Telephone:  424.239.3400
4  Facsimile:   424.239.3434

5  Attorneys for RAGEON, INC. and
   MICHAEL KRILIVSKY

6

7              **UNITED STATES DISTRICT COURT**

8      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

9

| | |
|---|---|
| 10  ATARI INTERACTIVE, INC., | Case No. 2:19-CV-10806-DSF-MAA |
| 11          Plaintiff, | Honorable Dale S. Fischer |
| 12          vs. | **DECLARATION OF ARASH BERAL IN SUPPORT OF NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANTS RAGEON, INC. AND MICHAEL KRILIVSKY;** |
| 13  RAGEON, INC. and MICHAEL KRILIVSKY, | |
| 14          Defendants. | |
| 15 | |
| 16 | (Notice of Motion, Memorandum of Points and Authorities, and Proposed Order submitted concurrently) |
| 17 | |
| 18 | Date:          June 14, 2021 |
| 19 | Time:          1:30 p.m.<br>Dept.:          7D |
| 20 | Complaint filed:   December 20, 2019<br>Trial Date:          March 22, 2022 |

21

22

23

24

25

26

27

28

160128.00605/125770677v.1

**DECLARATION OF ARASH BERAL IN SUPPORT OF MOTION TO WITHDRAW AS
ATTORNEYS OF RECORD**

## DECLARATION OF ARASH BERAL

I, ARASH BERAL, declare as follows:

1.      I am an attorney at law duly licensed to practice before this Court and am a partner of the law firm Blank Rome, LLP, attorneys of record for Defendants RAGEON, INC. and MICHAEL KRILIVSKY, ("Defendants"). I submit this Declaration in support of Blank Rome LLP's and Arash Beral's Motion to Withdraw as Attorney of Record for Plaintiffs (the "Motion to Withdraw").

2.      Defendant RageOn, Inc. retained me to represent it in the instant litigation last summer.  At the time, I was a partner at the law firm of Freeman, Freeman, & Smiley, LLP ("Freeman").

3.      On January 1, 2021, I moved from Freeman to Blank Rome LLP ("Blank Rome"), with representation of Defendants transferring to Blank Rome as well.

4.      The case proceeded to discovery in mid- to late-January 2021, but by March 2021, the client-attorney relationship between Defendants and Blank Rome had already become strained.

5.      Adverse results in an unrelated Canadian litigation by RageOn against Shopify, Inc. (the platform RageOn used to offer products for sale) effectively crippled RageOn's ability to conduct business, and Defendants' relationship with Blank Rome subsequently soured despite the fact that Blank Rome was not RageOn's legal representative in that foreign action.

6.      RageOn was allegedly forced to lay off all its staff as a result of the adverse result, and its dire financial situation suggested that outstanding attorney's fees were unlikely to be paid in full.

7.      Throughout April 2021, I sent Mr. Krilivsky at least 5 emails, all of which were ignored.  I also sent text messages to Mr. Krilivsky and Mr. Krilivsky did not respond to those either.  The emails and messages concerned discovery in this action and the failure of Defendants to pay Blank Rome's bills.

160128.00605/125770677v.1                         -1-

8.    Blank Rome has created separate billing matters for work we have performed for Defendants.  With respect to the matter set up for this action, we've issued invoices in February, March, and April of this year.  There is also an invoice going out this week in May.  None of these invoices have been paid.

9.    On April 29, 2021, I received correspondence from Bay Area Receivership Group ("BARG") indicating that RageOn had, without any prior consultation with or notice to Blank Rome, assigned all of its assets to Gerathen (an ABC), LLC ("Gerathen") in connection with an assignment for the benefit of creditors under California common law.  A true and correct copy of the April 29, 2021 BARG letter is attached hereto as **Exhibit A**.

10.    At no point in time had I discussed the option of proceeding with an assignment for the benefit of creditors with Mr. Krilivsky, and the issuance of the BARG letter and assignment to Gerathen took me by surprise.

11.    I understand that RageOn is to be liquidated and does not intend to substitute in new counsel in this action.  I further understand that Defendants' position is that any outstanding attorney's fees constitute a claim under the assignment procedures, and that no direct payment would be timely forthcoming from Defendants to Blank Rome.

12.    On May 2, 2021 and again on May 7, 2021 (after I had a lengthy discussion with Mr. Krilivsky via web conference that same day), I provided written email notice that Blank Rome has terminated its relationship with Defendants and that it intends to file this Motion.  I also explained and provided Defendants a full and complete recitation of their rights, as well as the upcoming dates and deadlines in this action.

13.    In light of these reasons, I request that we be permitted to withdraw as soon as possible.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

**DECLARATION OF ARASH BERAL IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS OF RECORD**

Executed this 12th day of May, 2021, in Los Angeles, California.


By: _/s/ Arash Beral_____
Arash Beral, Declarant

**DECLARATION OF ARASH BERAL IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS OF RECORD**