# EXHIBIT A

April 28, 2021 Letter from Bay Area Receivership Group re: RageOn, Inc.'s Assignment for the Benefit of Creditors under California common law


Bay Area Receivership Group

April 28, 2021

All Creditors of RageOn, Inc.

**RE: RageOn, Inc.
Assignment for the Benefit of Creditors**

On April 28, 2021, **RageOn, Inc. ("RageOn")** assigned all of its assets to **Gerathen (an ABC), LLC ("Gerathen" or "Assignee")** in connection with an Assignment for the Benefit of Creditors ("ABC") under California common law. An ABC is a common law method of concluding the affairs of an insolvent company as an alternative to the filing of a bankruptcy case. ABCs have been used extensively in California for over fifty years. Gerathen was formed by the **Bay Area Receivership Group ("BARG")** to act as the assignee in this case. BARG is a Berkeley, California based receivership and financial consulting practice.

Gerathen is now soliciting interest for the acquisition of all or part of RageOn's assets and intellectual property. These assets will be sold pursuant to a Bidding Process which will take several weeks to complete. Upon the closing of one or more asset sale transactions, the proceeds will be distributed according to a creditor hierarchy as described in the General Assignment agreement between RageOn and Gerathen.

In the meantime, the Assignee must review and confirm all creditor claims against RageOn and establish their respective priority for distribution. Therefore, please submit your statement of account and supporting documentation for review to Gerathen, LLC, c/o Bay Area Receivership Group at the address shown below by September 30, 2021.

If you have any questions, I can be reached as shown below.


John L. Kirsten, Project Manager
Bay Area Receivership Group
Mobile: (949) 922-2330
Email: jkirsten@bayarearg.com