# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br>        Plaintiff,<br><br>               v.<br><br>RAGEON, INC.,<br>        Defendant. | CV 19-10806 DSF (MAAx)<br><br>Order GRANTING Motion to Withdraw as Attorneys of Record for Defendants Rageon, Inc. and Michael Krilivsky (Dkt. 92) |

    The Motion to Withdraw as Attorneys of Record was filed on May 12, 2021. Opposition was due by May 24, 2021. No opposition was filed. The Court has not received any pleadings or communications from Defendants.

    Having read and considered the Motion, the Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for June 14, 2021 is removed from the Court's calendar.

    Good cause has been shown. Therefore, the Court grants the Motion effective on the date that moving counsel files and serves – on the clients and all attorneys of record – a declaration (in the form specified in 28 U.S.C. § 1746) that:

    (1) Sets forth the clients' current address and telephone number, recently verified as accurate by the withdrawing counsel;

    (2) Informs the clients and all attorneys of record that the stated address will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorney;

(3) Informs the clients of all future dates now set in this action, including, but not limited to, pre-trial conference related dates, discovery cut-off dates, the motion cut-off date, and dates relating to any pending discovery obligations;

(4) Informs any individual client that any individual appearing <u>pro se</u> will be required to comply with this Court's standing orders, this District's Local Rules, the Federal Rules of Civil Procedure and all other Federal Rules. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/ local-rules;

(5) Informs any client corporation, unincorporated association, partnership, or trust that it cannot appear without counsel, and of the consequences of its failure timely to obtain counsel. <u>See</u> Local Rule 83-2.2.1;

(6) Informs the clients when and where the clients may obtain the clients' case file, if it is not already in the clients' possession;

(7) Informs the clients of the following:

The Court cannot provide legal advice to any party, including *pro se* litigants, *i.e.*, parties who are not represented by a lawyer. There is a free "*Pro Se Clinic*" that can provide information and guidance about many aspects of civil litigation in this Court.

Parties in court without a lawyer are called "pro se litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). Pro se litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

Pro se litigants may submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or

bringing documents to the Clerk's Office. Only internet access and an e-mail address are required. Documents are submitted in PDF format through an online portal on the Court's website. To access EDSS and for additional information, visit the Court's website at https://apps.cacd.uscourts.gov/edss.

(8) Informs any client corporation, unincorporated association, partnership, or trust that failure of the client to appear through counsel no later than June 28, 2021 will result in the striking of that client's answer.

Counsel must also provide a proof of service of this Order and the required declaration.

Failure to comply with the above requirements by June 7, 2021 will result in the denial of the Motion.

Effective on the date counsel complies with this Order, the individual defendant will represent himself, and the docket will be amended to reflect the address for defendant as described in counsel's declaration.

IT IS SO ORDERED.

Date: May 28, 2021                                     _____
                                                       Dale S. Fischer
                                                       United States District Judge