| | |
|---|---|
| 1 | ARASH BERAL (SBN 245219) |
| 2 | ABeral@BlankRome.com<br>Blank Rome LLP |
| 3 | 2029 Century Park East, 6th Floor<br>Los Angeles, CA 90067 |
| 4 | Telephone:  424.239.3400<br>Facsimile:   424.239.3434 |
| 5 | Attorneys for RAGEON, INC. and |
| 6 | MICHAEL KRILIVSKY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., | Case No. 2:19-CV-10806-DSF-MAA |
| Plaintiff, | Honorable Dale S. Fischer |
| vs. | **DECLARATION OF ARASH BERAL IN SUPPORT OF ORDER [DKT #94] GRANTING MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANTS RAGEON, INC. AND MICHAEL KRILIVSKY** |
| RAGEON, INC. and MICHAEL KRILIVSKY, | |
| Defendants. | |
| | Complaint filed:  December 20, 2019<br>Trial Date:          March 22, 2022 |

160128.00605/126077971v.1

**DECLARATION OF ARASH BERAL IN SUPPORT OF ORDER [DKT #94]**

## DECLARATION OF ARASH BERAL

I, ARASH BERAL, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and am a partner of the law firm Blank Rome, LLP, attorneys of record for Defendants RAGEON, INC. and MICHAEL KRILIVSKY ("Defendants"). I submit this Declaration at the Court's direction (per Doc. No. 94) and in further support of Blank Rome LLP's and Arash Beral's Motion to Withdraw as Attorney of Record for Plaintiffs (the "Motion to Withdraw"), which was granted conditioned on the filing of this Declaration.

2. I have primarily communicated with Defendants via email at mike@rageon.com.  Plaintiff's counsel has also communicated with Defendants through the above email address.  The last known mailing address of Defendants is 4481 Shirley Drive, Cleveland, OH 44121.  Mr. Krilivsky's phone number is 617-633-0544.

3. For the Court's and the parties' records, and as set forth in the Motion to Withdraw (Doc. No. 92), the California Secretary of State's website also contains the following addresses for RageOn, listed below.  I have not confirmed whether any of these addresses are valid or invalid, but simply set these forth in my Declaration as they are listed on the California Secretary of State's website and may be relevant.

```
RageOn
1163 E 40TH ST SUITE 211
CLEVELAND OH 44114
```

```
RageOn
2002 3RD ST STE 208
SAN FRANCISCO CA 94107
```

4. On June 1, 2021, I emailed Defendants (through Mr. Krilivsky at mike@rageon.com) a copy of the Court's Order relating to the Motion to Withdraw (Doc. No. 94) along with a copy of a prior email I had sent him on May 7, 2021,

which contained Doc. Nos. 84, 85, and 86 (detailing and comprising the dates and deadlines governing this case). I informed Defendants that the stated address (in Paragraph 2 above) will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorney.

5. Both prior to filing the Motion to Withdraw and after the Court's Order (Doc. No. 94), I informed Defendants of all future dates now set in this action, including, but not limited to, pre-trial conference related dates, discovery cut-off dates, the motion cut-off date, and dates relating to any pending discovery obligations. I did so via e-mail. And, just to be safe, I have also directed my firm to mail a copy of my May 7, 2021 and June 1, 2021 emails containing all relevant Orders (Doc. Nos. 84, 85, 86, and 94) to Defendants at all known mailing addresses. A true and correct copy of a proof of service showing mail service to Defendants of these emails and attachments is attached hereto as **Exhibit "A"**. A proof of service of this Declaration is also provided separately herein.

6. I have informed Mr. Krilivsky that any individual appearing pro se will be required to comply with this Court's standing orders, this District's Local Rules, the Federal Rules of Civil Procedure and all other Federal Rules. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

7. I have informed RageOn that it cannot appear without counsel, and of the consequences of its failure timely to obtain counsel by June 28, 2021 including that the Court may strike RageOn's Answer.

8. I have informed Defendants how Defendants may obtain any other records or files and provided instructions relating to same.

9. I have informed Defendants that the Court cannot provide legal advice to any party, that here is a free "Pro Se Clinic" that can provide information and guidance, and that it is located at 255 East Temple Street, Los Angeles, CA 90012; web at http://prose.cacd.uscourts.gov/los-angeles; phone at 213-385-2977, ext. 270.

160128.00605/126077971v.1                                    -2-
**DECLARATION OF ARASH BERAL IN SUPPORT OF ORDER [DKT #94]**

1  I've also informed Defendants that pro se litigants may submit documents for filing
2  through the Court's Electronic Document Submission System (EDSS) instead of
3  mailing or bringing documents to the Clerk's Office and, further, that only internet
4  access and an e-mail address are required, and to visit
5  https://apps.cacd.uscourts.gov/edss to learn more.

      Executed this 3rd day of June, 2021, in Los Angeles, California.

By: */s/ Arash Beral*
      Arash Beral, Declarant

# EXHIBIT A

**EXHIBIT A**
**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **BLANK ROME LLP**, 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On June 3, 2021, I caused to be served the foregoing document(s) **MAY 7, 2021 AND JUNE 1, 2021 EMAILS CONTAINING ALL RELEVANT ORDERS (DOC. NOS. 84, 85, 86, AND 94)** on the interested parties in this action addressed and sent as follows:

☒ **BY ENVELOPE:** by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as indicated and delivering such envelope(s):

☒ **BY MAIL:** I caused such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office or home of the addressee(s) as indicated. I am "readily familiar" with this firm's practice of collection and processing documents for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

| | |
|---|---|
| RageOn<br>1163 E 40TH ST SUITE 211<br>CLEVELAND OH 44114 | |
| RageOn<br>2002 3RD ST STE 208<br>SAN FRANCISCO CA 94107 | |
| RageOn and Michael Krilivsky<br>4481 Shirley Drive<br>Cleveland, OH 44121<br>mike@rageon.com | |

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 3, 2021 at Los Angeles, California.

*/s/ Jesse Rodriguez*

_____
JESSE RODRIGUEZ

160128.00605/126077971v.1                -4-
**DECLARATION OF ARASH BERAL IN SUPPORT OF ORDER [DKT #94]**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **BLANK ROME LLP**, 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On June 3, 2021, I caused to be served the foregoing document(s) **DECLARATION OF ARASH BERAL IN SUPPORT OF ORDER [DKT #94] GRANTING MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANTS RAGEON, INC. AND MICHAEL KRILIVSKY** on the interested parties in this action addressed and sent as follows:

☒ **BY ENVELOPE:** by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as indicated and delivering such envelope(s):

☒ **BY MAIL:** I caused such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office or home of the addressee(s) as indicated. I am "readily familiar" with this firm's practice of collection and processing documents for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

| | |
|---|---|
| RageOn<br>1163 E 40TH ST SUITE 211<br>CLEVELAND OH 44114 | |
| RageOn<br>2002 3RD ST STE 208<br>SAN FRANCISCO CA 94107 | |
| RageOn and Michael Krilivsky<br>4481 Shirley Drive<br>Cleveland, OH 44121<br>mike@rageon.com | |

☐ **BY FEDEX:** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as indicated, with delivery fees paid or provided for, to be transmitted by FedEx.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the document(s) listed above to be transmitted to the person(s) at the e-mail address(es) as indicated. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was incomplete or unsuccessful.

160128.00605/126077971v.1

-5-

**DECLARATION OF ARASH BERAL IN SUPPORT OF ORDER [DKT #94]**

| | |
|---|---|
| Keith J. Wesley, Esq.<br>Matthew L. Venezia, Esq.<br>George B.A. Lailolo, Esq.<br>Browne George Ross O'Brien Annaguey & Ellis LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, California 90067<br>Telephone: (310) 274-7100<br>Facsimile: (:310) 275-5697<br>kwesley@bgrfirm.com<br>mvenezia@bgrfirm.com<br>glailolo@bgrfirm.com | *Attorneys for Plaintiff*<br>*ATARI INTERACTIVE, INC.* |
| RageOn, Inc. and Michael Krilivsky<br>4481 Shirley Drive<br>Cleveland, OH 44121<br>mike@rageon.com | |

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 3, 2021 at Los Angeles, California.

_____
JESSE RODRIGUEZ