# EXHIBIT 10

Lodged - Website of Michael Krilivsky's new business, "Creatify"