UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RAGEON, INC.; MICHAEL KRILIVSKY <br><br> Defendants. | Case No. 2:19-CV-10806-DSF-MAA <br><br> The Hon. Dale S. Fischer <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF ATARI INTERACTIVE, INC.'S APPLICATION FOR ENTRY OF DEFAULT AND REINSTATEMENT OF DEFAULT JUDGMENT** <br><br> Date: September 20, 2021 <br> Time: 1:30 p.m. <br> Crtrm.: 7D |

## **[PROPOSED] ORDER**

Having considered the papers filed in support of Plaintiff Atari Interactive, Inc.'s ("Atari") Application For Entry of Default and Reinstatement of Default Judgment (the "Application"), and good cause appearing,

IT IS HEREBY ORDERED that defendant RageOn, Inc. ("RageOn") is in default, and the Judgment previously entered against RageOn (Dkt. No. 19) is hereby reinstated.

IT IS FURTHER ORDERED that the default of Defendant Michael Krilivsky is hereby entered.

**IT IS SO ORDERED.**

DATED: _____, 2021

Hon. Dale S. Fischer
United States District Judge

# PROOF OF SERVICE

**Atari Interactive, Inc. v. Rageon, Inc., et al.**
**USDC, Central District of California - Case No.:  2:19-CV-10806-DSF-MAA**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On August 23, 2021, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING PLAINTIFF ATARI INTERACTIVE, INC.'S APPLICATION FOR ENTRY OF DEFAULT AND REINSTATEMENT OF DEFAULT JUDGMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  On August 23, 2021, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address aporcellino@bgrfirm.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY OVERNIGHT DELIVERY:**  I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2021, at Los Angeles, California.

*/s/ Ana Z. Porcellino*
Ana Z. Porcellino

# SERVICE LIST

*Atari Interactive, Inc. v. Rageon, Inc., et al.*
**USDC, Central District of California - Case No.: 2:19-CV-10806-DSF-MAA**

| | |
|---|---|
| Michael Krilivsky<br>Rageon, Inc.<br>4481 Shirley Drive<br>Cleveland, OH 44121<br>Tel: (617)633-0544<br>Email: mike@rageon.com<br>michaelkrilivsky@gmail.com | Defendants In Pro Per:<br>Michael Krilivsky and Rageon, Inc.<br>*(Via email & overnight)* |
| William L. Buus<br>858 S. Coast Drive, Suite 385<br>Costa Mesa, CA 92626<br>Tel: (949)825-6140<br>Fax: (949)825-6141<br>Email: wbuus@shifferbuus.com | Attorneys for Defendant:<br>Michael Krilivsky<br>*(Via email only)* |