BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., | Case No. 2:19-CV-10806-DSF-MAA |
| Plaintiff, | The Hon. Dale S. Fischer |
| vs. | **PLAINTIFF ATARI INTERACTIVE, INC.'S NOTICE OF LODGING EXHIBITS** |
| RAGEON, INC., and MICHAEL KRILIVSKY | |
| Defendants. | *[Filed concurrently with Application for Entry Of Default and Reinstatement of Default Judgment; Declaration of George B. A. Laiolo; and [Proposed] Order in Support Thereof]* |
| | Date:   September 20, 2021<br>Time:   1:30 P.M.<br>Crtrm.: 7D |

TO THE COURT AND TO THE PARTIES HERETO AND THEIR COUNSEL:

PLEASE TAKE NOTICE that, pursuant to Local Rules 5-4.2 and 11-5.1, Plaintiff Atari Interactive Inc., by and through their attorneys of record, hereby lodges Exhibits 8, 10, 11, 13, 14, 15, 16, and 18 in Support of its Motion for Entry of Default, filed and served concurrently herewith. These exhibits are video files not conducive to e-filing.

| **Exhibit** | **Description** |
|---|---|
| 8 | Video showing "email" tab of Michael Krilivsky's Instagram profile page directing to mike@rageon.com |
| 10 | Video of Michael Krilivsky in Miami, Florida |
| 11 | Video of Michael Krilivsky in Mexico, soliciting investments in Los Angeles, and filming a program for Bloomberg |
| 13 | Video of Michael Krilivsky in Tulum, Mexico |
| 14 | Another video of Michael Krilivsky in Tulum, Mexico |
| 15 | Video of Michael Krilivsky discussing his business's acceptance to a new "enterprise accelerator" |
| 16 | Video of Michael Krilivsky at a Major League Baseball game |
| 18 | Video of Michael Krilivsky in Cuba |

DATED: August 23, 2021
    BROWNE GEORGE ROSS
    O'BRIEN ANNAGUEY & ELLIS LLP
       Keith J. Wesley
       Matthew L. Venezia
       George B. A. Laiolo

By:    /s/ *George B. A. Laiolo*
        George B. A. Laiolo
Attorneys for Plaintiff Atari Interactive, Inc.

# PROOF OF SERVICE

**Atari Interactive, Inc. v. Rageon, Inc., et al.**
**USDC, Central District of California - Case No.:  2:19-CV-10806-DSF-MAA**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On August 23, 2021, I served true copies of the following document(s) described as **PLAINTIFF ATARI INTERACTIVE, INC.'S NOTICE OF LODGING EXHIBITS** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  On August 23, 2021, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address aporcellino@bgrfirm.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY OVERNIGHT DELIVERY:**  I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2021, at Los Angeles, California.

*/s/  Ana Z. Porcellino*
Ana Z. Porcellino

# SERVICE LIST

*Atari Interactive, Inc. v. Rageon, Inc., et al.*
USDC, Central District of California - Case No.: 2:19-CV-10806-DSF-MAA

| | |
|---|---|
| Michael Krilivsky<br>Rageon, Inc.<br>4481 Shirley Drive<br>Cleveland, OH  44121<br>Tel:      (617)633-0544<br>Email:    mike@rageon.com<br>          michaelkrilivsky@gmail.com | Defendants In Pro Per:<br>Michael Krilivsky and Rageon, Inc.<br>*(Via email & overnight)* |
| William L. Buus<br>858 S. Coast Drive, Suite 385<br>Costa Mesa, CA  92626<br>Tel:   (949)825-6140<br>Fax:   (949)825-6141<br>Email:          wbuus@shifferbuus.com | Attorneys for Defendant:<br>Michael Krilivsky<br>*(Via email only)* |