BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., | Case No. 2:19-CV-10806-DSF-MAA |
| Plaintiff, | Assigned Judge: Hon. Dale S. Fischer |
| vs. | |
| RAGEON, INC., and MICHAEL KRILIVSKY | **PLAINTIFF ATARI INTERACTIVE, INC.'S AND DEFENDANTS MICHAEL KRILIVSKY AND RAGEON, INC.'S STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

1    PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil

2  Procedure 41(a), Plaintiff Atari Interactive, Inc. ("Atari") and Defendants Michael

3  Krilivsky ("Krilivsky") and RageOn, Inc. ("RageOn") stipulate to dismiss this

4  lawsuit with prejudice, pursuant to a settlement agreement reached by the parties.

5    Each party shall bear its own costs and attorneys' fees.

6

7  DATED:  November 24, 2021        BROWNE GEORGE ROSS
                                    O'BRIEN ANNAGUEY & ELLIS LLP
8                                       Keith J. Wesley
9                                       Matthew L. Venezia
                                        George B. A. Laiolo
10

11
                                    By:      /s/ *George B. A. Laiolo*
12                                      _____
                                            George B. A. Laiolo
13                                   *Attorneys for Plaintiff Atari Interactive, Inc.*

14

15  DATED:  November 24, 2021        SCHIFFER & BUSS APC

16

17
                                    By:      /s/ *William L. Buss*
18                                      _____
                                            William L. Buus[1]
19                                   *Attorneys for Defendants RageOn, Inc. and*
                                    *Michael Krilivsky.*
20

21

22

23

24

25

26

27  _____
    [1]  The filing party attests that Mr. Buus has confirmed he concurs in the filing's
28  content and has authorized the filing.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2021, I electronically filed the foregoing **PLAINTIFF ATARI INTERACTIVE, INC.'S AND DEFENDANTS MICHAEL KRILIVSKY AND RAGEON, INC.'S STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

### SERVICE LIST

*Atari Interactive, Inc. v. Rageon, Inc., et al.*
**USDC, Central District of California - Case No. 2:19-CV-10806-DSF-MAA**

| | |
|---|---|
| William L. Buus<br>SCHIFFER & BUUS APC<br>959 South Coast Drive, Suite 385<br>Costa Mesa, CA  92626<br>Tel:     (949)825-6140<br>Fax:    (949)825-6141<br>Email:   wbuus@schifferbuus.com | Attorneys for Defendants:<br>Michael Krilivsky and<br>Rageon, Inc. |

_____
Andrea A. Augustine