# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ATARI INTERACTIVE, INC., | Case No. 2:19-CV-10806-DSF-MAA |
|---|---|
| Plaintiff, | Assigned Judge: Hon. Dale S. Fischer |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| RAGEON, INC.; MICHAEL KRILIVSKY | |
| Defendants. | |

## ORDER

Having considered Plaintiff Atari Interactive, Inc.'s ("Atari") and Defendants Michael Krilivsky ("Krilivsky") and RageOn, Inc.'s ("RageOn") Stipulation of Dismissal With Prejudice (the "Stipulation of Dismissal"), and good cause appearing,

IT IS HEREBY ORDERED that the lawsuit against Defendants RageOn, Inc. ("RageOn") and Michael Krilivsky ("Krilivsky") is dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 24, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2021, I electronically filed the foregoing **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

## SERVICE LIST

*Atari Interactive, Inc. v. Rageon, Inc., et al.*
**USDC, Central District of California - Case No. 2:19-CV-10806-DSF-MAA**

| | |
|---|---|
| William L. Buus<br>SCHIFFER & BUUS APC<br>959 South Coast Drive, Suite 385<br>Costa Mesa, CA  92626<br>Tel:       (949)825-6140<br>Fax:      (949)825-6141<br>Email:    wbuus@schifferbuus.com | Attorneys for Defendants:<br>Michael Krilivsky and Rageon, Inc. |

_____
Andrea A. Augustine